KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-9668
Facsimile:    (202) 307-0054
E-mail:         lauren.m.castaldi@usdoj.gov
E-mail:         justin.s.kim@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TONY J. HELMS<br><br>Defendant. | Civil No. '08 CV 0151 JLS (NLS)<br><br>COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT |

**JURISDICTION AND VENUE**

1. This is a civil action brought by the United States of America to reduce to judgment federal tax assessments against Tony J. Helms.

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401 and 7403.

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

2985207.1

4.  Venue is proper in the Southern District of California under 28 U.S.C. §§ 1391(b) and 1396 because the tax assessments against Tony J. Helms at issue accrued within this judicial district and he also resides within this judicial district.

5.  Tony J. Helms resides within this judicial district and the jurisdiction of the Court.

## CLAIM FOR RELIEF:
## TO REDUCE TO JUDGMENT INCOME TAX ASSESSMENTS
## AGAINST TONY J. HELMS

6.  The United States incorporates the allegations contained in paragraphs 1 through 5.

7.  On the dates and for the amounts listed below, a duly authorized delegate of the Secretary of the Treasury made assessments against Tony J. Helms for federal income taxes, penalties, interest, and other statutory additions for the tax years 1989, 1990, 1991, 1992, and 1993:

| Type of Tax | Tax Period | Assessment Date | Amount Assessed | | Unpaid Balance as of December 31, 2007 (includes applied credits) |
|---|---|---|---|---|---|
| Income (1040) | 12-31-1989 | 05-19-1997<br>05-19-1997<br>05-19-1997<br>05-19-1997 | T<br>I<br>P1<br>P3<br>F | $108,626.00<br>$108,795.43<br>$27,156.00<br>$7,346.00<br>$48.00 | $238,898.43 |
| Income (1040) | 12-31-1990 | 05-19-1997<br>05-19-1997<br>05-19-1997<br>05-19-1997 | T<br>I<br>P1<br>P3 | $93,529.00<br>$71,817.81<br>$23,382.00<br>$6,123.00 | $187,002.81 |
| Income (1040) | 12-31-1991 | 05-19-1997<br>05-19-1997<br>05-19-1997<br>05-19-1997 | T<br>I<br>P1<br>P3 | $153,801.00<br>$95,098.24<br>$38,450.00<br>$8,789.00 | $291,138.24 |
| Income (1040) | 12-31-1992 | 08-11-1997<br>08-11-1997<br>08-11-1997<br>08-11-1997 | T<br>I<br>P1<br>P3 | $175,311.00<br>$93,534.61<br>$43,827.00<br>$7,646.00 | $320,318.61 |

| Type of Tax | Tax Period | Assessment Date | Amount Assessed | | Unpaid Balance as of December 31, 2007 (includes applied credits) |
|---|---|---|---|---|---|
| Income (1040) | 12-31-1993 | 09-15-1997<br>09-15-1997<br>09-15-1997<br>09-15-1997 | T<br>I<br>P1<br>P3<br>F | $122,758.00<br>$50,199.52<br>$29,439.50<br>$5,143.47<br>$14.00 | $202,554.49 |

Key:
F – Fees and Collection Costs  
I – Interest  
P1 – Late Filing Penalty, 26 U.S.C. § 6651(a)(1)  
P2 – Failure to Pay Tax Penalty, 26 U.S.C. § 6651(a)(2)  
P3 – Estimated Tax Penalty, 26 U.S.C. § 6654  

P4 – Accuracy Penalty, 26 U.S.C. §6662(e)  
T – Tax Assessed  

8. Proper notice has been given and demand for payment of these assessments has been made on Tony J. Helms.

9. Despite timely notice and demand for payment of the assessments described in paragraph 7 above, Tony J. Helms has neglected, failed, or refused to pay fully these assessments, which amount to an unpaid balance of $2,751,296.71, including applicable penalties and accrued interest, as of December 31, 2007, plus additional statutory additions and interest that continue to accrue.

WHEREFORE, the United States requests entry of judgment in its favor as follows:

A. That the Court enter judgment against Tony J. Helms and in favor of the United States in the amount of $2,751,296.71, plus statutory interest and other additions allowed by law from December 31, 2007, less any credits for payments for unpaid federal income taxes for the 1989, 1990, 1991, 1992, and 1993 tax years;

B. That the Court determine that the United States has valid and subsisting federal tax liens, by virtue of the assessments set forth above, on all property and rights to property of Tony J. Helms, both real and personal, tangible and intangible; and

1      C. That the United States be awarded its costs and such other relief as is just and proper.

2 Dated this 22th day of January, 2008.

                                            Respectfully submitted,

                                            KAREN P. HEWITT
                                            United States Attorney

                                            TOM STAHL
                                            Assistant United States Attorney
                                            Chief, Civil Division

                                            */s/ signatures*

                                            LAUREN M. CASTALDI
                                            JUSTIN S. KIM
                                            Trial Attorneys, Tax Division
                                            U.S. Department of Justice
                                            Attorneys for the United States of America

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANTS**

TONY J. HELMS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: San Diego

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

FILED 08 JAN 24 PM 4:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Lauren M. Castaldi
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044   (202) 514-9668

**ATTORNEYS (IF KNOWN)**

'08 CV 0151  JLS (NLS)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- x 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENAL | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>x 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 400 State Reappointment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agriculture Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Complaint to Reduce Federal Tax Assessments to Judgment pursuant to 26 U.S.C. §§ 7402

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $2,751,296.71

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES   x NO

## VIII. RELATED CASE(S) IF ANY

(See Instructions): JUDGE _____ (filed herewith) DOCKET NUMBER _____

DATE 1/22/08

SIGNATURE OF ATTORNEY OF RECORD /s/ Justin S. Kim

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____