**Daniel J. Winfree, Esq. (SBN 98890)**
**1010 Second Avenue, Suite 1015**
**San Diego, CA 92101**
**Telephone: (619) 235-6060**
**Facsimile: (619) 234-8620**

Attorney for Defendant TONY J HELMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>VS<br><br>TONY J. HELMS<br><br>Defendant | CASE NO. 08 CV 0151 JLS(NLS)<br><br>**ANSWER**<br><br>DEPT:    SIX (6)<br>JUDGE:   JANIS SAMMARTINO |

COMES NOW, DEFENDANT TONY J. HELMS and in a response to Plaintiff's complaint answers, avers, and alleges as follows:

1. Admit.
2. Admit on information and belief.
3. Admit.
4. Admit
5. Admit.
6. Neither Admit nor Deny.
7. Answering Defendant has no basis on which to either admit and deny and on that basis Denies. Defendant further Denies said allegation to the extent that it implies or infers that the

assessments is referenced within paragraph seven were within the authority of Secretary of Treasury as said authority conferred under the Internal Revenue Code.

8.  On the basis of information and belief Plaintiff Admits that certain notices have been transmitted by Plaintiff but Denies said allegation in so far as use of the word "proper" implies or infers that the assessments were effected properly by Plaintiff

9.  Admit.

**FIRST AFFIRMATIVE DEFENSE**

Answering Defendant asserts as an affirmative defense to Plaintiff's complaint that facts stated there in are insufficient to hold answering Defendant liable for the prayer of the complaint.

**SECOND AFFIRMATIVE DEFENSE**

Answering Defendant further alleges that the complaint as a whole fails to comply with the applicable Limitations of Actions, as enumerated within applicable sections of the Internal Revenue Code, and therefore asserts Statute of Limitations.

**THIRD AFFIRMATIVE DEFENSE**

This answering Defendant further asserts as an affirmative defense Substantial Compliance with requirements of the Internal Revenue Code from which the Secretary can make valid assessments per the authority conferred by the Internal Revenue Code and as further support for this affirmative defense, and in distinction to Plaintiff's allegations as a whole, Answering Defendant attaches as exhibits to this answer:

Exhibit A, a copy of Defendants 1989 1040 tax return with all supporting Schedules filed with the District Director at the Regional Service Center on or about November 15, 2007;

Exhibit B, a copy of Defendants 1990 1040 tax return with all supporting schedules filed with the District Director at the Regional Service Center on or about November 15, 2007;

1. Exhibit C, a copy of Defendants 1991 1040 tax return with all supporting schedules filed with the District Director at the Regional Service Center on or about November 15, 2007;

2. Exhibit D, a copy of Defendants 1992 1040 tax return with all supporting schedules filed with the District Director at the Regional Service Center on or about November 15, 2007;

3. Exhibit E, a copy of Defendants 1993 1040 tax return with all supporting schedules filed with the District Director at the Regional Service Center on or about November 15, 2007.

WHEREFORE, answering Defendant prays that the requests made by Plaintiff in their complaint be denied and that judgment be entered for Defendant in this matter.

DATE: March 14, 2008        LAW OFFICES OF DANIEL J. WINFREE

____/s/Daniel J. Winfree___
DANIEL J. WINFREE
Attorney for Defendant