DANIEL J. WINFREE
Attorney at Law #98890
1010 Second Ave., Ste. 1015
San Diego, CA 92101
Phn: (619) 235-6060
Fax: (619) 234-8620

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 08 CV 0151 JLS(NLS) |
| Plaintiff, | ) |
| | ) PROOF OF SERVICE |
| v. | ) |
| TONY J. HELMS. | ) |
| Defendant. | ) |

I, the undersigned hereby declare and state I am employed in the County of San Diego.  I am over the age of eighteen years and am not a party to the above-entitled case.  On March 14, 2008 I served Plaintiff United States of America, Answer via first class, United States mail, postage prepaid, addressed as follows:

**Lauren M. Castaldi**
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

I declare under penalty of perjury under the laws of the State of California that the foregoing is true.

Date:    3-14-2008                     _____
                                        CRYSTAL M. VENTURA

-1-