**EXHIBIT "A"**

| FORM 1040 | Department of the Treasury – Internal Revenue Service<br>**U.S. Individual Income Tax Return** 1989 | | | |
|---|---|---|---|---|

For the year Jan. – Dec. 31, 1989, or other tax year beginning , 1989, ending , 19 . OMB No. 1545-0074

**Label**

Use IRS label.
Otherwise,
please print or
type.

HELM ███████09
TONY J HELMS
256 WITHERSPOON WAY SUITE C
EL CAJON, CA 92020

For Privacy Act and
Paperwork Reduction
Act Notice, see
instructions.

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? ................ Yes ☐ No ☐  
If joint return, does your spouse want $1 to go to this fund? .... Yes ☐ No ☐

**Note:** Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1
2
3
4
5 ).(See page 7 of instructions.)

**Exemptions**

(See Instructions on page 8.)

If more than 6 dependents, see Instructions on page 8.

6a ☒ Yourself   If someone (such as your parent) can claim you as a dependent on his or her return, do not check box 6a. But be sure to check the box on line 33b on page 2 ........ }

b ☐ Spouse ...........................................................................

No. of boxes checked on 6a and 6b | 1

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Relationship | (5) No. of mos. lived at home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
● lived with you __
● didn't live with you due to divorce or separation __
No. of other dependents on 6c __

d If your child didn't live with you but is your dependent under a pre–1985 agreement, check here. ▶ ☐

e Total number of exemptions claimed.................................................

Add numbers entered on lines above ▶ | 1

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of instructions.

Please attach check or money order here.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) ........................ | 7 | |
| 8a | Taxable interest income (also attach Schedule B if over $400) ............ | 8a | 135 |
| b | Tax–exempt interest income. (page 10). DON'T include on line 8a.. | 8b | | |
| 9 | Dividend income (also attach Schedule B if over $400)................... | 9 | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 10 | |
| 11 | Alimony received.................................................. | 11 | |
| 12 | Business income or (loss)(attach Schedule C)......................... | 12 | 22,959 |
| 13 | Capital gain or (loss)(attach Schedule D)............................. | 13 | 500 |
| 14 | Capital gain distributions not reported on line 13 (see page 11) ........ | 14 | |
| 15 | Other gains or (losses)(attach Form 4797)............................ | 15 | -4,759 |
| 16a | Total IRA distributions .......... | 16a | | 16b Taxable amount (pg. 11). | 16b | |
| 17a | Total pensions and annuities ..... | 17a | | 17b Taxable amount (pg. 12). | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) ...... | 18 | -15,265 |
| 19 | Farm income or (loss)(attach Schedule F)............................. | 19 | |
| 20 | Unemployment compensation (insurance)(see page 13)................... | 20 | |
| 21a | Social security benefits ......... | 21a | | 21b Taxable amount (pg. 13). | 21b | |
| 22 | Other income ...................................................... | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 3,570 |

**Adjustments to Income**

(See Instructions on page 14.)

| | | | |
|---|---|---|---|
| 24 | Your IRA deduction, from applicable worksheet on page 14 or 15 .. | 24 | |
| 25 | Spouse's IRA deduction, from applicable worksheet on page 14/15. | 25 | |
| 26 | Self-employed health insurance deduction from worksheet, pg. 15 . | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction ........ | 27 | |
| 28 | Penalty on early withdrawal of savings ...................... | | |
| 29 | Alimony paid. a Recipient's last name: | | |
| | and b social security number: | | |
| 30 | Add lines 24 through 29. These are your **total adjustments** ... ▶ | 30 | 0 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income**. If this line is less than $19,340 and a child lived with you, see "Earned Income Credit" (line 58) on page 20 of the Instructions. If you want IRS to figure your tax, see page 16 of the instructions. ........ ▶ | 31 | 3,570

Form 1040 (1989)   TONY J HELMS                                                                          Page 2

| | | | | | |
|---|---|---|---|---|---|
| | 32 | Amount from line 31 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 32 | 3,570 |

**Tax Compu- tation**

33a  Check if: ☐ **You** were 65 or older  ☐ Blind;   ☐ **Spouse** was 65 or over   ☐ Blind.
Add the number of boxes checked and enter the total here . . . . . . . . . . . . . . . . . . . . . . ▶ | 33a |

b  If someone (such as your parent) can claim you as a dependent, check here. . . . . . . . ▶ 33b ☐

c  If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 33c ☐

| | | | | | |
|---|---|---|---|---|---|
| | 34 | Enter the larger of: { • Your **standard deduction** (from page 17 of the Instructions), OR • Your **itemized deductions** (from Schedule A, line 26). If you itemize, attach Schedule A and check here . . . . . ▶ ☐ } . . . . . . . . . . | | 34 | 3,100 |
| | 35 | Subtract line 34 from line 32. Enter the result here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 35 | 470 |
| | 36 | Multiply $2,000 by the total number of exemptions claimed on line 6e . . . . . . . . . . . . . . . . . . . . | | 36 | 2,000 |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (if less than zero, enter zero). . . . . . . . | | 37 | 0 |

**Caution:** If under age 14 and you have more than $1,000 of investment income, check here . . . ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax.

| | | | | | |
|---|---|---|---|---|---|
| | 38 | Enter tax. Check if from: **a** ☒ Tax Table,   **b** ☐ Tax Rate Schedules, or   **c** ☐ Form 8615 (If any is from Form(s) 8814, enter that amount here ▶ **d** _____ .) . . . . . . . . . . . . | | 38 | 0 |
| | 39 | Additional taxes (see page 18). Check if from: **a** ☐ Form 4970,   **b** ☐ Form 4972. . . . . . . . . . . . | | 39 | |
| | 40 | Add lines 38 and 39. Enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 40 | 0 |

**Credits**

(See Instructions on page 18.)

| | | | | | |
|---|---|---|---|---|---|
| | 41 | Credit for child and dependent care expenses (attach Fm. 2441) . . . . . | 41 | | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) . . . . . . . . . . . | 42 | | |
| | 43 | Foreign tax credit (attach Form 1116) . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | | |
| | 44 | General business credit. Check if from: **a** ☐ Form 3800 or  **b** ☐ Form (specify) _____ . . . . . . . . . . . . . . | 44 | | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) . . . . . . . . . . . . . . | 45 | | |
| | 46 | Add lines 41 to 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 46 | |
| | 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero). . . . . . . . . . . . . . . . . . ▶ | | 47 | 0 |

**Other Taxes**

(Including Advance EIC Payments)

| | | | | | |
|---|---|---|---|---|---|
| | 48 | Self-employment tax (attach Schedule SE). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 48 | 2,989 |
| | 49 | Alternative minimum tax (attach Form 6251) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 49 | |
| | 50 | Recapture taxes (see page 18). Check if from:  **a** ☐ Form 4255,   **b** ☐ Form 8611. . . . . . . . . . . . . | | 50 | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137). . . . . . . . . . . . . . . . . | | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329). . . . . . . . . . . . . . . . . . . . . . . . . . . | | 52 | |
| | 53 | Add lines 47 through 52. Enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 53 | 2,989 |

**Medicare Premium**

| | | | | | |
|---|---|---|---|---|---|
| | 54 | Supplemental Medicare premium (Attach Form 8808) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 54 | |
| | 55 | Add lines 53 and 54. This is your **total tax** and any supplemental Medicare premium . . . . . . . . . . . ▶ | | 55 | 2,989 |

**Payments**

Attach Forms W-2, W-2G, and W-2P to front.

| | | | | | |
|---|---|---|---|---|---|
| | 56 | Federal income tax withheld (If any is from Form(s) 1099, check ▶ ☐ ) | 56 | | |
| | 57 | 1989 estimated tax payments and amount applied from 1988 return . . . | 57 | | |
| | 58 | Earned income credit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 58 | | |
| | 59 | Amount paid with Form 4868 (extension request) . . . . . . . . . . . . . . . . . | 59 | 6,673 | |
| | 60 | Excess social security tax and RRTA tax withheld (see page 20). . . . . . | 60 | | |
| | 61 | Credit for Federal tax on fuels (attach Form 4136). . . . . . . . . . . . . . . . | 61 | | |
| | 62 | Regulated investment company credit . . . . . . . . . . . . . . . . . . . . . . . . . | 62 | | |
| | 63 | Add lines 56 through 62. These are your **total payments**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 63 | 6,673 |

**Refund or Amount You Owe**

| | | | | | |
|---|---|---|---|---|---|
| | 64 | If line 63 is larger than line 55, enter amount **OVERPAID**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 64 | 3,684 |
| | 65 | Amount of line 64 to be **REFUNDED TO YOU**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 65 | 3,482 |
| | 66 | Amount of line 64 to be **APPLIED TO YOUR 1990 ESTIMATED TAX** ▶ | 66 | | |

67  If line 55 is larger than line 63, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1989 Form 1040" on it. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 67 |

| | | | | | |
|---|---|---|---|---|---|
| | 68 | Penalty for underpayment of estimated tax . . . . . . . . . . . . . . . . . . . . . | 68 | 202 | |

**Please Sign Here**

(Keep a copy of this return for your records)

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 10/15/67 | Your occupation  VARIOUS |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| Preparer's signature ▶ T. Jerome Helms | Date | Check if self-employed ☒ | Preparer's social security no.  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 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | BEACH CITIES FINANCIAL 919 GARNET AVE. SAN DIEGO, CA | E.I. No. ZIP Code  92109 | |

| Schedule C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>**(Sole Proprietorship)**<br>Partnerships, Joint Ventures, Etc., Must File Form 1065<br>▶ Attach to Form 1040, Form 1041.        ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br><br>**1989**<br><br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor<br>TONY J HELMS | Social security number (SSN)<br> .09 |
|---|---|

**A** Principal business or profession, including product or service (see instructions)
FINANCIAL SERVICES

**B** Principal business code (from page 2)▶ 7398

**C** Business name and address  ▶ TONY J HELMS
256 WITHERSPOON WAY SUITE C EL CAJON, CA  9202

**D** Employer ID number (Not SSN)

**E** Method(s) used to value closing inventory:  (1) ☐ Cost  (2) ☐ Lower of cost or market  (3) ☐ Other (attach explanation)  (4) ☒ Does not apply (if checked, skip Line G)

**F** Accounting Method:  (1) ☐ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____

|  | Yes | No |
|---|---|---|
| **G** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? (If "Yes," attach explanation.) | | |
| **H** Are you deducting expenses for business use of your home? (If "Yes," see Instructions for limitations.) | | X |
| **I** Did you "materially participate" in the operation of this business during 1989? (If "No," see Instructions for limitations on losses.) | X | |

**J** If this schedule includes a loss, credit, deduction, income, or other tax benefit relating to a tax shelter required to be registered, check here.
If you check this box, you MUST attach **Form 8271.**

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales | 1  307,414 | |
| 2 | Returns and allowances | 2  11,864 | |
| 3 | Subtract line 2 from line 1. Enter the result here | 3 | 295,550 |
| 4 | Cost of goods sold and/or operations (from line 39 on page 2) | 4 | |
| 5 | Subtract line 4 from line 3 and enter the **gross profit** here | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see Instructions) | 6 | |
| 7 | Add lines 5 and 6. This is your **gross income** ▶ | 7 | 247,449 |

## Part II  Expenses

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 2,902 | 22 Repairs | 22 | 2,273 |
| 9 | Bad debts from sales or services (see instructions) | 9 | | 23 Supplies (not included in Part III) | 23 | 16, |
| 10 | Car and truck expenses | 10 | 1,889 | 24 Taxes | 24 | |
| 11 | Commissions | 11 | | 25 Travel, meals, and entertainment: | | |
| 12 | Depletion | 12 | | a Travel | 25a | 308 |
| 13 | Depreciation and section 179 deduction from **Form 4562** (not included in Part III) | 13 | 520 | b Meals and entertainment | 3,042 | |
| 14 | Employee benefit programs (other than on line 20) | 14 | 192 | c Enter 20% of line 25b subject to limitations (see Instructions) | 608 | |
| 15 | Freight (not included in Part III) | 15 | | d Subtract line 25c from line 25b | 25d | 2,434 |
| 16 | Insurance (other than health) | 16 | 2,384 | 26 Utilities (see Instructions) | 26 | |
| 17 | Interest: | | | 27 Wages (less jobs credit) | 27 | 60,909 |
| a | Mortgage (paid to banks, etc.) | 17a | | 28 Other expenses (list type and amount): | | |
| b | Other | 17b | | SEE STATEMENT 1_____72,551 | | |
| 18 | Legal and professional services | 18 | 433 | | | |
| 19 | Office expense | 19 | | | | |
| 20 | Pension and profit–sharing plans | 20 | | | | |
| 21 | Rent or lease: | | | | | |
| a | Machinery and equipment | 21a | | | | |
| b | Other business property | 21b | 29,264 | 28 | 28 | 72,551 |

| | | | |
|---|---|---|---|
| 29 | Add amounts in columns for lines 8 through 28. These are your **total expenses** ▶ | 29 | |
| 30 | Net profit or (loss). Subtract line 29 from line 7. If a profit, enter here and on Form 1040, line 12, and on Schedule SE, line 2. If a loss, you MUST go on to line 31. (Fiduciaries, see Instructions.) | 30 | 22,959 |

31 If you have a loss, you MUST check the box that describes your investment in this activity (see Instructions)     31a ☐ All investment is at risk.
If you checked 31a, enter the loss on Form 1040, line 12, and Schedule SE, line 2.                                 31b ☐ Some investment is not at risk.
If you checked 31b, you MUST attach **Form 6198.**

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                    Schedule C (Form 1040) 1989

Schedule C (Form 1040) 1989                                                                                                    Page **2**

| **Part III** | **Cost of Goods Sold and/or Operations (See Instructions.)** | | | |
|---|---|---|---|---|
| 32 | Inventory at beginning of year. (If different from last year's closing inventory, attach explanation.) . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | | |
| 34 | Cost of labor. (Do not include salary paid to yourself.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | 39,335 | |
| 35 | Material and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | | |
| 36 | Other costs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 8,766 | |
| 37 | Add lines 32 through 36 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 38 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | | |
| 39 | **Cost of goods sold and/or operations.** Subtract line 38 from line 37. Enter the result here and on page 1, line 4. . . . . . | 39 | 48,101 | |
| **Part IV** | **Principal Business or Professional Activity Codes**  (**Caution:** Codes have been revised. Check your code carefully.) | | | |

Locate the major business category that best describes your activity (for example, Retail Trade, Services, etc.).  Within the major category, select the activity code that most closely identifies the business or profession that is the principal source of your  sales or receipts. **Enter this 4–digit code on page 1, line B.** (**Note:** If your principal source of income is from farming activities, you should file **Schedule F** (Form 1040), Farm Income and Expenses.)

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Capital Gains and Losses

**(And Reconciliation of Forms 1099-B)**

▶ Attach to Form 1040.    ▶ See instructions for Schedule D (Form 1040).
▶ For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No.1545-0074

**1989**

Attachment
Sequence No. **12A**

Name(s) as shown on Form 1040

TONY J HELMS

Your social security number

▮▮▮▮▮ 09

Report here the total sales of stocks, bonds, etc., reported for 1989 to you on Form(s) 1099-B or on an equivalent substitute statement(s). If this amount differs from the total of lines 2c and 9c, column (d), attach a statement explaining the difference. See the Instructions for line 1 for examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 89,000

### Part I  Short-term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z"Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | | | |
|---|---|---|---|---|---|---|
| RUFFIN ROAD 227 EXCH | 1/01/88 | 1/01/89 | 89,000 | 88,500 | | 500 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2b** | Amounts from Schedule D-1, line 2b (attach Schedule D-1) . . . . . . . . . . | | | | | |
| **2c** | Total (add column (d) of lines 2a and 2b) . . . . . . . . . . . . . . . . . ▶ | **2c** | 89,000 | | | |
| **2d** | Other Transactions (Include Real Estate Transactions From Forms 1099-S.) | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| **3** | Short-term gain from sale or exchange of your home from Form 2119, lines 8a or 14. . . . . . . . . . . . . . . . | **3** | | |
| **4** | Short-term gain from installment sales from Form 6252, lines 22 or 30 . . . . . . . . . . . . . . . . . . . . . . . | **4** | | |
| **5** | Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . . . . . . . . . . . . . . . . . . | **5** | | |
| **6** | Short-term capital loss carryover. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| **7** | Add all of the transactions on lines 2a, 2b and 2d and lines 3 through 6 in columns (f) and (g) . . . . . . . . . | **7** |( | ) 500 |
| **8** | Net short-term gain or (loss), combine columns (f) and (g) of line 7. . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | 500 |

### Part II  Long-term Capital Gains and Losses – Assets Held More Than One Year

**9a** Stocks, Bonds, and Other Securities (Include all Form 1099-B transactions. See Instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **9b** | Amounts from Schedule D-1, line 9b (attach Schedule D-1) . . . . . . . . . . | | | | | |
| **9c** | Total (add column (d) of lines 9a and 9b) . . . . . . . . . . . . . . . . . ▶ | **9c** | | | | |
| **9d** | Other Transactions (Include Real Estate Transactions From Forms 1099-S.) | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| **10** | Long-term gain from sale or exchange of your home from Form 2119, lines 8a, 10, or 14. . . . . . . . . . . . . . | **10** | | |
| **11** | Long-term gain from installment sales from Form 6252, lines 22 or 30 . . . . . . . . . . . . . . . . . . . . . . . | **11** | | |
| **12** | Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries. . . . . . . . . . . . . . . . . . . | **12** | | |
| **13** | Capital gain distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | | |
| **14** | Enter gain from Form 4797, line 7 or 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | |
| **15** | Long-term capital loss carryover. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | |
| **16** | Add all of the transactions on lines 9a, 9b and 9d and lines 10 through 15 in columns (f) and (g). . . . . . . . . | **16** |( | ) |
| **17** | Net long-term gain or (loss), combine columns (f) and (g) of line 16 . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | | 0 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions

Schedule D (Form 1040) 1989

Schedule D (Form 1040) 1989       Attachment Sequence No. **12A**     Page **2**

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.)     **Your social security number**

TONY J HELMS       █████████ 09

### Part III    Summary of Parts I and II

| | | |
|---|---|---|
| 18 Combine lines 8 and 17, and enter the net gain or (loss) here. If result is a gain, **stop here** and also enter the gain on Form 1040, line 13. If the result is a (loss), go on to line 19 . . . . . . . . . . . . . . . . . | **18** | 500 |
| 19 If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of: | | |
| a The (loss) on line 18, **or** | | |
| b ($3,000) or, if married filing a separate return, ($1,500). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** ( | ) |

**Note:** When figuring whether 19a or 19b is **smaller**, treat both numbers as if they are positive.

Go on to Part IV if the loss on line 18 is more than $3,000 ($1,500, if married filing a separate return),
OR if taxable income on Form 1040, line 37, is zero.

### Part IV    Figure Your Capital Loss Carryovers From 1989 to 1990

**Section A. – Figure Your Carryover Limit**

| | | |
|---|---|---|
| 20 Enter taxable income or loss from Form 1040, line 37. **(If Form 1040, line 37 is zero, see the Instructions for the amount to enter.)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | |
| **Note:** For lines 21 through 36, treat all amounts as positive. | | |
| 21 Enter the loss on line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 Enter the amount shown on Form 1040, line 36 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | |
| 23 Combine lines 20, 21, and 22. If zero or less, enter zero . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 24 Enter the smaller of line 21 or line 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

**Section B. – Figure your Short-Term Capital Loss Carryover**
(Complete this section only if there is a loss shown on line 8 and line 19. Otherwise, go on to Section C.)

| | | |
|---|---|---|
| 25 Enter the loss shown line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **25** | |
| 26 Enter the gain, if any, shown on line 17. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | | |
| 27 Enter the amount shown on line 24. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 28 Add lines 26 and 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | |
| 29 Subtract line 28 from line 25. If zero or less, enter zero. This is your **short-term capital loss carryover** from 1989 to 1990. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | |

**Section C. – Figure your Long-Term Capital Loss Carryover**
(Complete this section only if there is a loss shown on line 17 and line 19.)

| | | |
|---|---|---|
| 30 Enter the loss shown on line 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | |
| 31 Enter the gain, if any, shown on line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | |
| 32 Enter the amount shown on line 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 Enter the amount, if any, shown on line 25 . . . . . . . . . . . . . . . . . . . . . . . . | 33 | | |
| 34 Subtract line 33 from line 32. If zero or less, enter zero . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | |
| 35 Add lines 31 and 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 36 Subtract line 35 from line 30. If zero or less, enter zero. This is your **long-term capital loss carryover** from 1989 to 1990 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **36** | |

### Part V    Complete This Part Only If You Elect Out of the installment Method and Report a Note or Other Obligation at Less Than Full Face Value

| | | |
|---|---|---|
| 37 Check here if you elect out of the installment method. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 38 Enter the face amount of the note or other obligation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| 39 Enter the percentage of valuation of the note or other obligation. . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |

### Part VI    Reconciliation of Forms 1099-B for Bartering Transactions

(Complete this part if you received one or more Form(s) 1099-B or an equivalent substitute statement(s) reporting bartering income.)

Amount for bartering income from Form 1099-B or equivalent statement reported on form or schedule

| | | |
|---|---|---|
| 40 Form 1040, line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | |
| 41 Schedule C (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42 Schedule D (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **42** | |
| 43 Schedule E (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **43** | |
| 44 Schedule F (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **44** | |
| 45 Other form (identify)(if not taxable, indicate reason – attach additional sheets if necessary)▶ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **45** | |
| 46 Total (add lines 40 through 45) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **46** | |

**Note:** The amount on line 46 should be the same as the total bartering income on all Forms 1099-B and equivalent statements received.

SCHEDULE E
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041.

▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1989**

Attachment
Sequence No. **13**

Name(s) as shown on return

TONY J HELMS

Your social security number

| Part I | Income or Loss From Rentals and Royalties | Caution: Your rental loss may be limited. See Instructions. |

1 Show kind and location of **rental property**:

A _R1_S.D._RUFFIN_ROAD_121_____

B _R1_S.D._CAMINITO_ARALIA_____

C _R3_SD_EUREKA_ST_(DID_NOT_CLO

2 For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | Yes | No |
|---|---|---|
| A | | X |
| B | | X |
| C | | X |

3 For each **rental real estate property** listed on line 1, did you actively participate in its operation during the tax year? (See Instructions)

| | Yes | No |
|---|---|---|
| A | X | |
| B | X | |
| C | X | |

| Rental and Royalty Income: | | Properties | | | | D Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| | | A | B | C | | |
| 4 Rents received | 4 | 6,750 | 9,075 | | 4 | 33,065 |
| 5 Royalties received | 5 | | | | 5 | 0 |
| **Rental and Royalty Expenses:** | | | | | | |
| 6 Advertising | 6 | | | | | |
| 7 Auto and travel | 7 | | | | | |
| 8 Cleaning and maintenance | 8 | | | | | |
| 9 Commissions | 9 | | | | | |
| 10 Insurance | 10 | | 273 | | | |
| 11 Legal and other professional fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see Instr.) | 12 | 7,829 | 6,050 | | 12 | 28,439 |
| 13 Other interest | 13 | | 82 | | | |
| 14 Repairs | 14 | 1,116 | 145 | 296 | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 2,370 | 780 | | | |
| 17 Utilities (see Instructions) | 17 | 42 | | 38 | | |
| 18 Wages and salaries | 18 | | | | | |
| 19 Other (list) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | | |
| ASSOCIATION_DUES_____ | | | 1,463 | 2,067 | | |
| HOA_PD_IN_ESCROW_____ | | | 544 | | 1,100 | |
| P_TX_PD_IN_ESCROW_____ | | | 251 | | | |
| | 19 | | | | | |
| 20 Add lines 6 through 19 | 20 | 13,615 | 9,397 | 1,434 | 20 | 43,766 |
| 21 Depreciation expense or depletion (see Instr.) | 21 | | 1,640 | | 21 | 4,564 |
| 22 Total expenses. Add lines 20 and 21 | 22 | 13,615 | 11,037 | 1,434 | | |
| 23 Income or (loss) from rental or royalty properties. Subtract line 22 from line 4 (rents) or 5 (royalties) | 23 | -6,865 | -1,962 | -1,434 | | |
| 24 Deductible rental loss. (see Instructions) | 24 | ( 6,865 )( | 1,962 )( | 1,434 ) | | |

25 **Income.** Add rental and royalty income from line 23. Enter the total income here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 |

26 **Losses.** Add royalty losses from line 23 and rental losses from line 24. Enter the total losses here . . . . . . . . . . . . . . . . . . . . . . | 26 | ( 15,265 )

27 Combine amounts on lines 25 and 26. Enter the net income or (loss) here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | -15,265

28 Net farm rental income or (loss) from Form 4835. (Also complete line 43 on page 2.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 |

29 Total rental and royalty income or (loss). Combine amounts on lines 27 and 28. Enter the result here. If Parts II, III,and IV on page 2 do not apply to you, enter the amount from line 29 on Form 1040, line 18. Otherwise, include the amount from line 29 in the total on line 42 on page 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29 | -15,265

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule E (Form 1040) 1989

**SCHEDULE E** (Form 1040)

Department of the Treasury
Internal Revenue Service

**Supplemental Income and Loss**

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041.

▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1989**

Attachment
Sequence No. **13**

Name(s) as shown on return

TONY J HELMS

Your social security number

09

| Part I | Income or Loss **From Rentals and Royalties** | Caution: Your rental loss may be limited. See Instructions. |
|---|---|---|

**1** Show kind and location of **rental property:**

**A** R4 SD RANCHO MISSION ROAD

**B** R5 SD CAM SULMONA

**C** R6 SCRIPPS WESTVIEW WAY

**2** For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

|   | Yes | No |
|---|---|---|
| A |   |   |
| B |   |   |
| C |   |   |

**3** For each **rental real estate property** listed on line 1, did you actively participate in its operation during the tax year? (See Instructions)

|   | Yes | No |
|---|---|---|
| A |   | X |
| B |   |   |
| C |   | X |

| Rental and Royalty Income: | | Properties | | | D Totals |
|---|---|---|---|---|---|
|   |   | A | B | C | (Add columns A, B, and C) |
| **4** Rents received... | 4 |   | 8,240 | 9,000 | 4 |
| **5** Royalties received | 5 |   |   |   | 5 |
| **Rental and Royalty Expenses:** |   |   |   |   |   |
| **6** Advertising............................ | 6 |   |   |   |   |
| **7** Auto and travel......................... | 7 |   |   |   |   |
| **8** Cleaning and maintenance ................. | 8 |   |   |   |   |
| **9** Commissions........................... | 9 |   |   |   |   |
| **10** Insurance............................. | 10 |   |   |   |   |
| **11** Legal and other professional fees ............. | 11 |   |   |   |   |
| **12** Mortgage interest paid to banks, etc. (see Instr.).... | 12 |   | 6,001 | 8,559 | 12 |
| **13** Other interest.......................... | 13 |   |   |   |   |
| **14** Repairs.............................. | 14 |   | 141 |   |   |
| **15** Supplies............................. | 15 |   |   |   |   |
| **16** Taxes............................... | 16 |   | 24 |   |   |
| **17** Utilities (see Instructions)................. | 17 | 33 |   | 54 |   |
| **18** Wages and salaries...................... | 18 |   |   |   |   |
| **19** Other (list) ▶ ASSOCIATION DUES | 19 | 207 | 1,380 | 1,424 |   |
| CONTRACT PAYMENTS | | 1,497 |   |   |   |
| **20** Add lines 6 through 19.................... | 20 | 1,737 | 7,546 | 10,037 | 20 |
| **21** Depreciation expense or depletion (see Instr.)...... | 21 |   | 1,083 | 1,841 | 21 |
| **22** Total expenses. Add lines 20 and 21 ............ | 22 | 1,737 | 8,629 | 11,878 |   |
| **23** Income or (loss) from rental or royalty properties. Subtract line 22 from line 4 (rents) or 5 (royalties)........................... | 23 | -1,737 | -389 | -2,878 |   |
| **24** Deductible rental loss. (see Instructions) .......... | 24 | 1,737 | 389 | 2,878 |   |

**25** **Income.** Add rental and royalty income from line 23. Enter the total income here ............  | **25** |
**26** **Losses.** Add royalty losses from line 23 and rental losses from line 24. Enter the total losses here  | |
**27** Combine amounts on lines 25 and 26. Enter the net income or (loss) here .................  | **27** |
**28** Net farm rental income or (loss) from Form 4835. (Also complete line 43 on page 2.)................  | — |

**29** Total rental and royalty income or (loss). Combine amounts on lines 27 and 28. If Parts II, III, and IV on page 2 do not apply to you, enter the amount from line 29 on Form 1040, line 18. Otherwise, include the amount from line 29 in the total on line 42 on page 2. ......................................  | **29** |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule E (Form 1040) 1989

| SCHEDULE SE | Social Security Self–Employment Tax | OMB No. 1545–0074 |
|---|---|---|

**(Form 1040)**

Department of the Treasury
Internal Revenue Service

▶ See Instructions for Schedule SE (Form 1040).
▶ Attach to Form 1040.

Name of the person with **self–employment** income (as shown on social security card)

TONY J HELMS

Social security number of person
with **self–employment** income ▶ ██████ 9

## Who Must File Schedule SE

You must file Schedule SE if:

- Your net earnings from self–employment were $400 or more (or you had wages of $100 or more from an electing church or church–controlled organization);  AND

- Your wages (subject to social security or railroad retirement tax) were less than $48,000.

**Exception.** If your only self–employment was from earnings as a minister, member of a religious order, or Christian Science practitioner, AND you filed **Form 4361** and received IRS approval not to be taxed on those earnings, DO NOT file Schedule SE.  Instead, write " Exempt–Form 4361 " on Form 1040, line 48.

For more information about Schedule SE, see the Instructions.

**Note:** Most people can use the short Schedule SE on this page.  But, you may have to use the longer Schedule SE that is on the back.

## Who MUST Use the Long Schedule SE (Section B)

You must use Section B if ANY of the following applies:

- You choose the "optional method" to figure your self–employment tax (see Section B, Part II),

- You are a minister, member of a religious order, or Christian Science practitioner and received IRS approval (from **Form 4361**) not to be taxed on your earnings from these sources, but you owe self–employment tax on other earnings,

- You were an employee of a church or church–controlled organization that chose by law not to pay employer social security taxes,

- You had tip income that is subject to social security tax, but you did not report those tips to your employer; OR

- You were a government employee with wages subject ONLY to the 1.45% Medicare part of the social security tax.

## Section A – Short Schedule SE

(Read above to see if you must use the long Schedule SE on the back (Section B).)

| | | | | |
|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F (Form 1040), line 36, and farm partnerships, Schedule K–1 (Form 1065), line 14a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | |
| 2 | Net profit or (loss) from Schedule C (Form 1040), line 30, and Schedule K–1 (Form 1065), line 14a (other than farming). See the Instructions for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 22,959 | |
| 3 | Add lines 1 and 2. Enter the total. If the total is less than $400, **do not** file this schedule; you **do not** owe self–employment tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | 22,959 | |
| 4 | The largest amount of combined wages and self–employment earnings subject to social security or railroad retirement tax (tier 1) for 1989 is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | $48,000 | 00 |
| 5 | Total social security wages and tips (from Form(s) W–2) and railroad retirement compensation (tier 1) | **5** | | |
| 6 | Subtract line 5 from line 4. Enter the result. If the result is zero or less; stop here; you **do not** owe self–employment tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **6** | 48,000 | |
| 7 | Enter the **smaller** of line 3 or line 6. | **7** | 22,959 | |
| 8 | Rate of tax. | **8** | ×  1302 | |
| 9 | **Self–employment tax.** If line 7 is $48,000, enter $6,249.60.  Otherwise, multiply the amount on line 7 by the decimal amount on line 8 and enter the result.  Also enter this amount on Form 1040, line 48 . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 2,989 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule SE (Form 1040) 1989

Form **2210**

Department of the Treasury
Internal Revenue Service

**Underpayment of
Estimated Tax by Individuals and Fiduciaries**

▶ See separate instructions
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-0140

Name(s) shown on tax return

TONY J HELMS

Identifying number

█████ 109

**Note:** In most cases, IRS can figure the penalty for you and you do not have to complete this form. See the separate instructions for more information.

| **Part I** | **Figure Your Underpayment** |
|---|---|

| | | | |
|---|---|---|---|
| 1 Enter your 1989 tax after credits (from Form 1040, line 47; or Form 1041, Schedule G, line 4).. | | **1** | |
| 2 Other taxes (see instructions)................................................. | | **2** | 2,989 |
| 3 Add lines 1 and 2.......... | | **3** | 2,989 |
| 4 Earned income credit....... | **4** | | |
| 5 Credit for Federal tax on fuels | **5** | | |
| 6 Add lines 4 and 5.......... | | **6** | 0 |
| 7 Subtract line 6 from line 3.................................................... | | **7** | 2,989 |
| 8 Multiply line 7 by 90% (.90)............................ | **8** 2,690 | | |
| 9 Withholding taxes from 1989 Form 1040, lines 56 and 60 (or Form 1041, line 24e). (Include any credit from Form 4469.).. | | **9** | |
| 10 Subtract line 9 from line 7. If the result is less than $500, **do not** complete or file this form. You do not owe the penalty................................................................ | | **10** | 2,989 |
| 11 Enter your 1988 tax. **(Caution: See Instructions.)**........................................ | | **11** | |
| 12 Enter the **smaller** of line 8 or line 11............................................ | | **12** | 2,690 |

**If line 9 is equal to or more than line 12, do not complete or file this form. You do not owe the penalty.**

| | | **Payment Due Dates** | | | |
|---|---|---|---|---|---|
| | | (a)<br>April 15, 1989 | (b)<br>June 15, 1989 | (c)<br>Sept. 15, 1989 | (d)<br>Jan. 15, 1990 |
| 13 Divide line 12 by four (4) and enter the result in each column. However, if you use the annualized income installment method, complete the worksheet in the instructions and enter the amount from line 26 of that worksheet in each column of line 13. Also check this box ▶ ☐ and attach a copy of the worksheet....................... **Complete lines 14 through 21 for one column before completing the next column.** | **13** | 673 | 673 | 672 | 672 |
| 14 Estimated tax paid and tax withheld. (See Instructions.) For column (a) only, also enter the amount from line 14 on line 18... **If line 14 is equal to or more than line 13 for all payment periods, do not complete or file this form unless you checked the box on line 13.** | **14** | | | | |
| 15 Enter amount, if any, from line 21 of previous column........ | **15** | | | | |
| 16 Add lines 14 and 15.............................. | **16** | | | | |
| 17 Add amounts on lines 19 and 20 of the previous column and enter the total............................... | **17** | | 673 | 1,346 | 2,018 |
| 18 Subtract line 17 from line 16. If zero or less, enter zero. For column (a) only, enter the amount from line 14........ | **18** | 0 | 0 | 0 | 0 |
| 19 Remaining underpayment from previous period. If the amount on line 18 is zero, subtract line 16 from line 17 and enter the result. Otherwise, enter zero.............. | **19** | | 673 | 1,346 | 2,018 |
| 20 **UNDERPAYMENT.** If line 13 is more than or equal to line 18, subtract line 18 from line 13. Then go to line 14 of the next column. Otherwise, go to line 21.............. | **20** | 673 | 673 | 672 | 672 |
| 21 **OVERPAYMENT.** If line 18 is more than line 13, subtract line 13 from line 18. Then go to line 14 of the next column... **Go to Part II on the back to figure the penalty.** | **21** | | | | |

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Form **2210** (1989)

**Part II   Figuring the Penalty** (Comp▮▮▮▮▮ e column before completing the next column.)

| | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | **(a)**<br>April 15, 1989 | **(b)**<br>June 15, 1989 | **(c)**<br>Sept. 15, 1989 | **(d)**<br>Jan. 15, 1990 |
| **22** | Underpayment from line 20, page 1.   SEE. BELOW.   **22** | 673 | 673 | 672 | 672 |
| | **Rate Period 1 – 12% (April 15, 1989 – September 30, 1989)** | | | | |
| **23a** | Computation starting date for this period . . . . . . . . . . . . . . . . **23a** | April 15, 1989<br>Days: | June 15, 1989<br>Days: | Sept. 15, 1989<br>Days: | |
| **b** | Number of days FROM the date on line 23a TO the date the amount on line 22 was paid or September 30, 1989, whichever is earlier . . . . . . . . . . . . . . . . . . . . . . . . . . . **23b** | A<br>B<br>C   168<br>D<br>E<br>F<br>G | 107 | 15 | |
| **c** | $\dfrac{\text{Number of days on line 23b}}{365}$ X 12% x underpayment on line 22 (see instructions) ▶ **23c** $ | A<br>B<br>C   37.17<br>D<br>E<br>F<br>G | 23.67 | 3.31 | |
| | **Rate Period 2 – 11% (October 1, 1989 – April 15, 1990)** | | | | |
| **24a** | Computation starting date for this period . . . . . . . . . . . . . **24a** | Sept. 30, 1989<br>Days: | Sept. 30, 1989<br>Days: | Sept. 30, 1989<br>Days: | Jan. 15, 1990 |
| **b** | Number of days FROM the date on line 24a TO the date the amount on line 22 was paid or April 15, 1990, whichever is earlier . . . . . . . . . . . . . . . . . . . . . . . . . . . **24b** | C   197<br>D<br>E<br>F<br>G<br>H<br>I<br>J | 197 | 197 | 90 |
| **c** | $\dfrac{\text{Number of days on line 24b}}{365}$ X 11% x underpayment on line 22 (see instructions) ▶ **24c** $ | C   39.96<br>D<br>E<br>F<br>G<br>H<br>I<br>J | 39.96 $ | 39.90 $ | 18.23 $ |
| **25** | **Penalty.** Add all amounts on lines 23c and 24c in all columns. Enter the total here and on Form 1040, line 68, or Form 1041, line 29, whichever applies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **25** $ | | | | 202 |

LINE 22

| | A<br>B<br>C<br>D<br>E<br>F<br>G<br>H<br>I<br>J | 673 | 673 | 672 | 672 |
|---|---|---|---|---|---|

| Form **4562** | **Depreciation and Amortization** | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach this form to your return. | |

Name(s) as shown on return

TONY J HELMS

Business or activity to which this form relates

SCHEDULE C

**Part I** **Depreciation** (Use Part III for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement.)

### Section A. – Election To Expense Depreciable Assets (Section 179)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | $10,000 |
| 2 | Total cost of section 179 property placed in service during the tax year (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . . | **3** | $200,000 |
| 4 | Reduction in limitation (Subtract line 3 from line 2, but do not enter less than –0–.) . . . . | **4** | |
| 5 | Dollar limitation for tax year (Subtract line 4 from line 1, but do not enter less than –0–.) . | **5** | |

| (a) Description of property | (b) Date placed in service | (c) Cost | (d) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property – Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Tentative deduction (Enter the lesser of: (a) line 6 plus line 7; or (b) line 5.) . . . . . . . . . . . . . . . . | **8** | |
| 9 | Taxable income limitation (Enter the lesser of: (a) Taxable income; or (b) line 5) (see instructions) | **9** | |
| 10 | Carryover of disallowed deduction from 1988 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Section 179 expense deduction (Enter the lesser of: (a) line 8 plus line 10; or (b) line 9.) . . . . . . . | **11** | |
| 12 | Carryover of disallowed deduction to 1990 (Add lines 8 and 10, less line 11.) . . . . . . . . . . . . . . ▶ | **12** | |

### Section B. – MACRS Depreciation

| (a) Classification of property | (b) Date placed in service | (c) Basis for depreciation (Business use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **13** General Depreciation System (GDS) (see instructions): For assets placed in service ONLY during tax year beginning in 1989 | | | | | | |
| a 3-year property | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| e | | | | | | |
| | | | | | | |
| g | | | | | | |
| | | | | | | |
| **14** Alternative Depreciation System (ADS) (see instructions): For assets placed in service ONLY during tax year beginning in 1989 | | | | | | |
| a Class life | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 15 | Listed property – Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | GDS and ADS deductions for assets placed in service before 1989 (see instructions) . . . . . . . . . . | **16** | |

### Section C. – ACRS and/or Other Depreciation

| | | | |
|---|---|---|---|
| 17 | Property subject to section 168(f)(1) election (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | ACRS and/or other depreciation (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | 520 |

### Section D. – Summary

| | | | |
|---|---|---|---|
| 19 | Total (Add deductions on line 11 and lines 13 through 18.) Enter here and on the appropriate line of your return (Partnerships and S corporations – see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 520 |
| 20 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

| Form **4562** | **Depreciation and Amortization** | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach this form to your return. | |

Name(s) as shown on return

TONY J HELMS

Business or activity to which this form relates

SCHEDULE E

**Part I   Depreciation**   (Use Part III for automobiles, certain other vehicles, computers, and property used for entertainment, recreation, or amusement.)

### Section A. – Election To Expense Depreciable Assets (Section 179)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation .............................................. | **1** | $10,000 |
| 2 | Total cost of section 179 property placed in service during the tax year (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation ............... | **3** | $200,000 |
| 4 | Reduction in limitation (Subtract line 3 from line 2, but do not enter less than –0–.) | **4** | |
| 5 | Dollar limitation for tax year (Subtract line 4 from line 1, but do not enter less than –0–.) . | **5** | |

| (a) Description of property | (b) Date placed in service | (c) Cost | (d) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property – Enter amount from line 28 ........................................ | **7** | |
| 8 | Tentative deduction (Enter the lesser of: (a) line 6 plus line 7; or (b) line 5.) ................. | **8** | |
| 9 | Taxable income limitation (Enter the lesser of: (a) Taxable income; or (b) line 5) (see instructions) | **9** | |
| 10 | Carryover of disallowed deduction from 1988 (see instructions) ..................... | **10** | |
| 11 | Section 179 expense deduction (Enter the lesser of: (a) line 8 plus line 10; or (b) line 9.) ....... | **11** | |
| 12 | Carryover of disallowed deduction to 1990 (Add lines 8 and 10, less line 11.) ............ ▶ **12** | | |

### Section B. – MACRS Depreciation

| (a) Classification of property | (b) Date placed in service | (c) Basis for depreciation (Business use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 13  General Depreciation System (GDS) (see instructions): For assets placed in service ONLY during tax year beginning in 1989 | | | | | | |
| a   3–year property | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| g | | | | | | |
| | | | | | | |
| 14  Alternative Depreciation System (ADS) (see instructions): For assets placed in service ONLY during tax year beginning in 1989 | | | | | | |
| a   Class life | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 15 | Listed property – Enter amount from line 27 ........................... | **15** | |
| 16 | GDS and ADS deductions for assets placed in service before 1989 (see instructions) | | |

### Section C. – ACRS and/or Other Depreciation

| | | | |
|---|---|---|---|
| 17 | Property subject to section 168(f)(1) election (see instructions) ................................ | **17** | |
| 18 | ACRS and/or other depreciation (see instructions) ......................................... | **18** | 4,564 |

### Section D. – Summary

| | | | |
|---|---|---|---|
| 19 | Total (Add deductions on line 11 and lines 13 through 18.) Enter here and on the appropriate line of your return (Partnerships and S corporations – see instructions.) ..................................... | **19** | 4,564 |
| 20 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) .... | **20** | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.                Form **4562** (1989)

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | (Also, Involuntary Conversion and Recapture Amounts Under Sections 179 and 280F) | |
| Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. See separate instructions. | |

| Name(s) as shown on return | Identifying number |
|---|---|
| TONY J HELMS | ███████09 |

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty and Theft – Property Held More Than 1 Year

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1989 of Form(s) 1099–S (or an equivalent statement) that you will be including on lines 2 or 10 (column d), or on line 20. (Form 1099–S is a Statement for Recipients of Proceeds From Real Estate Transactions.) ..... **1** | 85,000

| (a) Description of property | (b) Date acquired (mo.,day,yr.) | (c) Date sold (mo.,day,yr.) | (d) Gross sales price | (e) Depreciation allowed (or allowable) since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS (f) minus the sum of (d) and (e) | |
|---|---|---|---|---|---|---|---|
| RUFFIN ROAD RE | 9/12/86 | 1/10/89 | 85,000 | 2,434 | 92,193 | 4,759 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**3** Gain, if any, from Form 4684, Section B, line 21. ............................................
**4** Section 1231 gain from installment sale from Form 6252, line 22 or 30. ............................................
**5** Gain, if any, from line 32, from other than casualty and theft ............................................
**6** Add lines 2 through 5 in columns (g) and (h). ............................................ ( 4,759)
**7** Combine columns (g) and (h) of line 6. Enter gain or (loss) here, and on the appropriate line as follows (partnerships see the Instructions for your line references.): ............................................ -4,759

If line 7 is zero or a loss, enter the amount on line 11 below and skip lines 8 and 9. (S corporations enter the loss on Schedule K (Form 1120S), line 5.) If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain as a long–term capital gain on Schedule D and skip lines 8, 9, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years. (see Instructions.). ............................................
**9** Subtract line 8 from line 7. If zero or less, enter zero. ............................................

If line 9 is zero, enter the amount from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the amount from line 9 as a long–term capital gain Schedule D. See Line–by–Line Instructions for line 9.

## Part II Ordinary Gains and Losses

| (a) Description of property | (b) Date acquired (mo.,day,yr.) | (c) Date sold (mo.,day,yr.) | (d) Gross sales price | (e) Depreciation allowed (or allowable) since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS (f) minus the sum of (d) and (e) | (h) GAIN (d) plus (e) minus (f) |
|---|---|---|---|---|---|---|---|
| **10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**11** Loss, if any, from line 7 ............................................ 4,759
**12** Gain, if any, from line 7 or amount from line 8 if applicable ............................................
**13** Gain, if any, from line 31 ............................................
**14** Net gain or (loss) from Form 4684, Section B, line 13 and 20a. ............................................
**15** Ordinary gain from installment sales from Form 6252, line(s) 21 and/or 29. ............................................
**16** Recapture of section 179 deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see Instructions) ............................................
**17** Add lines 10 through 16 in columns (g) and (h) ............................................ ( 4,759)
**18** Combine columns (g) and (h) of line 17. Enter the gain or (loss) here and on the appropriate line as follows: ............................................ -4,759
  **a** For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.
  **b** For individual returns:
    **(1)** If the loss on line 11 includes a loss from Form 4684, Section B, Part II, column (b)(ii), enter that part of the loss here and on line 21 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)". ............................................
    **(2)** Redetermine the gain or (loss) on line 18, excluding the loss (if any) on line 18b(1).Enter here and on Form 1040, line 15 ............................................ -4,759

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

| Form **8582** | **Passive Activity Loss Limitations** | | OMB No. 1545-1008 |
|---|---|---|---|
| | ▶ See separate Instructions. | | **1989** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040 or Form 1041. | | Attachment Sequence No. **88** |

Name(s) as shown on return — Identifying number

TONY J HELMS

## Part I — Computation of 1989 Passive Activity Loss

Caution: See the Instructions for Worksheets 1 and 2 on pages 6 and 7 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see Active Participation in a Rental Real Estate Activity in the Instructions.)

Activities acquired before 10–23–86 (Pre–enactment):

| | | | | |
|---|---|---|---|---|
| 1a | Activities with net income (from Worksheet 1, Part 1, column (a)) | 1a | | |
| 1b | Activities with net loss (from Worksheet 1, Part 1, column (b)) | 1b | -15,265 | |
| 1c | Combine lines 1a and 1b | 1c | -15,265 | |
| | Activities acquired after 10–22–86 (Post–enactment): | | | |
| 1d | Activities with net income (from Worksheet 1, Part 2, column (a)) | 1d | | |
| 1e | Activities with net loss (from Worksheet 1, Part 2, column (b)) | 1e | | |
| 1f | Combine lines 1d and 1e | 1f | | |
| 1g | Net income or (loss). Combine lines 1c and 1f | | 1g | -15,265 |
| 1h | Prior year unallowed losses (from Worksheet 1, Parts 1 and 2, column (c)) | | 1h | |
| 1i | Combine lines 1g and 1h | | 1i | -15,265 |

**All Other Passive Activities**

Activities acquired before 10–23–86 (Pre–enactment):

| | | | | |
|---|---|---|---|---|
| 2a | Activities with net income (from Worksheet 2, Part 1, column (a)) | 2a | | |
| 2b | Activities with net loss (from Worksheet 2, Part 1, column (b)) | 2b | | |
| 2c | Combine lines 2a and 2b | 2c | | |
| | Activities acquired after 10–22–86 (Post–enactment): | | | |
| 2d | Activities with net income (from Worksheet 2, Part 2, column (a)) | 2d | | |
| 2e | Activities with net loss (from Worksheet 2, Part 2, column (b)) | 2e | | |
| 2f | Combine lines 2d and 2e | 2f | | |
| 2g | Net income or (loss). Combine lines 2c and 2f | | 2g | |
| 2h | Prior year unallowed losses (from Worksheet 2, Parts 1 and 2, column (c)) | | 2h | |
| 2i | Combine lines 2g and 2h | | 2i | |
| 3 | Combine lines 1i and 2i. If the result is net income or –0–, see the Instructions for line 3. If this line and line 1c or line 1i are losses, go to line 4. Otherwise, enter –0– on lines 8 and 9 and go to line 10. | | 3 | -15,265 |

## Part II — Computation of the Special Allowance for Rental Real Estate With Active Participation

Note: Treat all numbers entered in Parts II and III as positive amounts. (See Instructions on page 7 for examples.)

| | | | | |
|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1i or the loss on line 3. If line 1i is –0– or net income, enter –0– and complete lines 5 through 9. | | 4 | 15,265 |
| 5 | Enter $150,000. If married filing separately, see the Instructions. | 5 | 150,000 | |
| 6 | Enter modified adjusted gross income, but not less than –0– (see Instructions) . **Note:** If line 6 is equal to or greater than line 5, skip line 7, enter –0– on lines 8 and 9, and then go to line 10. Otherwise, go to line 7 | 6 | 18,835 | |
| 7 | Subtract line 6 from line 5 | 7 | 131,165 | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see Instructions. | | 8 | 25,000 |
| 9 | Enter the **smaller** of line 4 or line 8 | | 9 | 15,265 |

## Part III — Computation of Passive Activity Loss Allowed

| | | | |
|---|---|---|---|
| 10 | Combine lines 1c and 2c. If the result is net income or –0–, skip to line 16. (See Instructions.) | 10 | 15,265 |
| 11 | If line 1c shows income, has no entry, or shows –0–, enter –0–. Otherwise, enter the **smaller** of line 1c or line 8 | 11 | 15,265 |
| 12 | Subtract line 11 from line 10. If line 11 is equal to or greater than line 10, enter –0– | 12 | |
| 13 | Subtract line 9 from line 3 | 13 | |
| 14 | Enter the **smaller** of line 12 or line 13 | 14 | |
| 15 | Multiply line 14 by 20% (.2) and enter the result | 15 | |
| 16 | Enter the amount from line 9 | 16 | 15,265 |
| 17 | Passive activity loss allowed for 1989. Add lines 15 and 16 | 17 | 15,265 |
| 18 | Add the income, if any, on lines 1a, 1d, 2a, and 2d and enter the total | 18 | |
| 19 | Total losses allowed from all passive activities for 1989. Add lines 17 and 18. See the Instructions to find out how to report the losses on your tax return | 19 | 15,265 |

For Paperwork Reduction Act Notice, see separate instructions. — Form **8582** (1989)

TONY J HELMS
████████.09

12/31/89
PAGE 1

## FEDERAL DEPRECIATION SCHEDULE

| NO | DESCRIPTION | DATE ACQUIRED | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | DEPR |
|----|-------------|---------------|-------------|-------------|--------|------|------|------|
| | **SCHEDULE C** | | | | | | | |
| | | | | | | | | |
| | NONRECOVERY PROPERTY | | | | | | | |
| | COMPUTER HARDWARE | 10/30/89 | 15,596 | | S/L | 5 | | 520 |
| | TOTAL NONRECOVERY: | | 15,596 | | | | | 520 |
| | **SCHEDULE E** | | | | | | | |
| | | | | | | | | |
| | NONRECOVERY PROPERTY | | | | | | | |
| 2 | R2 SETTLEMENT EXP | 6/30/89 | 17,004 | | S/L | 30 | | 283 |
| 3 | R1 RUFFIN IMPVMTS | 9/12/86 | 58,425 | 2,434 | S/L | 30 | | 0 |
| 4 | R1 RUFFIN LAND 86 | 9/12/86 | 25,570 | | | | | 0 |
| 5 | R2 ARALIA IMPVMTS | 1/01/89 | 40,723 | | S/L | 30 | | 1,357 |
| 6 | R2 ARALIA LAND 89 | 1/01/89 | 30,542 | | | | | 0 |
| 7 | R5 SULMONA LAND | 1/01/89 | 32,500 | | | | | 0 |
| 8 | R5 SULMONA BUILDI | 1/01/89 | 32,500 | | S/L | 30 | | 1,083 |
| 9 | R6 SCRIPPS WEST L | 1/01/89 | 33,250 | | | | | 0 |
| 10 | R6 SCRIPPS WEST B | 1/01/89 | 51,750 | | S/L | 30 | | 1,725 |
| 11 | R6 SCRIPPS WEST P | 1/01/89 | 3,470 | | S/L | 30 | | 116 |
| | TOTAL NONRECOVERY: | | 325,734 | 2,434 | | | | 4,564 |

CLIENT 1040                    1989 FORM 8582 WORKSHEETS                    Page 1
                                  TONY J HELMS

WORKSHEET 1 FOR LINES 1A, 1B, 1D, 1E, AND 1H
PART 1 - PRE-ENACTMENT INTERESTS

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME LINE 1A | NET LOSS LINE 1B | PRIOR YR. UNALLOWED LOSS (1H) | OVERALL GAIN | OVERALL LOSS |
|------------------|-----------|----------|-----------|---------|---------|
| R1 S.D. RUFFIN ROAD 121 | | 6,865 | | | 6,865 |
| R1 S.D. CAMINITO ARALIA | | 1,962 | | | 1,962 |
| R3 SD EUREKA ST (DID NOT | | 1,434 | | | 1,434 |
| R4 SD RANCHO MISSION ROAD | | 1,737 | | | 1,737 |
| R5 SD CAM SULMONA | | 389 | | | 389 |
| R6 SCRIPPS WESTVIEW WAY | | 2,878 | | | 2,878 |
| | | 15,265 | | | 15,265 |

WORKSHEET 3 FOR LOSSES ON LINES 1B, 1E, AND 1H

| NAME OF ACTIVITY | FORM OR SCH TO BE REPORTED ON | (a) LOSS | (b) RATIO | (C)SPECIAL ALLOWANCE | COL(a) -COL(c) |
|------------------|-------------------|----------|-----------|-----------|---------|
| R1 S.D. RUFFIN ROAD 121 | SCHEDULE E P1 | 6,865 | 0.4497 | 6,865 | |
| R1 S.D. CAMINITO ARALIA | SCHEDULE E P1 | 1,962 | 0.1285 | 1,962 | |
| R3 SD EUREKA ST (DID NOT | SCHEDULE E P1 | 1,434 | 0.0939 | 1,434 | |
| R4 SD RANCHO MISSION ROAD | SCHEDULE E P1 | 1,737 | 0.1138 | 1,737 | |
| R5 SD CAM SULMONA | SCHEDULE E P1 | 389 | 0.0255 | 389 | |
| R6 SCRIPPS WESTVIEW WAY | SCHEDULE E P1 | 2,878 | 0.1885 | 2,878 | |
| | | 15,265 | 1 | 15,265 | |

```
CLIENT 1040                    1989 FORM 3801 WORKSHEETS              Page 1
                                    TONY J HELMS
                               ███████████ 09
```

CALIFORNIA WORKSHEET

| NAME OF ACTIVITY | FED FORM TO BE REPORTED ON | ADJUSTMNT REPORT ON | FEDERAL INCOME | ADJUSTMT | STATE INCOME |
|---|---|---|---|---|---|
| R1 S.D. RUFFIN ROAD 121 | SCHEDULE E P1 | FRM 3885A | -6,865 | -1,948 | -8,813 |
| R1 S.D. CAMINITO ARALIA | SCHEDULE E P1 | | -1,962 | | -1,962 |
| R3 SD EUREKA ST (DID NOT | SCHEDULE E P1 | | -1,434 | | -1,434 |
| R4 SD RANCHO MISSION ROAD | SCHEDULE E P1 | | -1,737 | | -1,737 |
| R5 SD CAM SULMONA | SCHEDULE E P1 | | -389 | | -389 |
| R6 SCRIPPS WESTVIEW WAY | SCHEDULE E P1 | | -2,878 | | -2,878 |
| | | | -15,265 | -1,948 | -17,213 |

WORKSHEET 1 FOR LINES 1A, 1B, 1D, 1E, AND 1H
PART 1 - PRE-ENACTMENT INTERESTS

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME LINE 1A | NET LOSS LINE 1B | PRIOR YR. UNALLOWED LOSS (1H) | OVERALL GAIN | OVERALL LOSS |
|---|---|---|---|---|---|
| R1 S.D. RUFFIN ROAD 121 | | 8,813 | | | 8,813 |
| R1 S.D. CAMINITO ARALIA | | 1,962 | | | 1,962 |
| R3 SD EUREKA ST (DID NOT | | 1,434 | | | 1,434 |
| R4 SD RANCHO MISSION ROAD | | 1,737 | | | 1,737 |
| R5 SD CAM SULMONA | | 389 | | | 389 |
| R6 SCRIPPS WESTVIEW WAY | | 2,878 | | | 2,878 |
| | | 17,213 | | | 17,213 |

TONY

ED PAL          AB    3A:      CH    )UL]                                    'A(

        AS        CT      AS              BAS    )NU:
                                          TN                          'AL]

CH

)UL]

CLIENT 1040              SCHEDULE C (FORM 1040) - STATEMENTS              PAGE 1
                                TONY J HELMS
                                ████████109

```
STATEMENT 1
LINE 28 - OTHER EXPENSES

BANK CHARGES                                         558
COMPUTER HARDWARE/SFTWR                           13,692
DUES BOOKS SUBSCRIPTION                            4,975
MLS                                                   87
PARKING                                              327
POSTAGE                                           13,416
RENT IN GROSS DEPOSITS                            33,265
TELEPHONE 4 LINES                                  4,893
TOOLS                                              1,338
                                                 ------
                                     TOTAL        72,551
```