**EXHIBIT "B"**

# Form 1040 — U.S. Individual Income Tax Return 1990

Department of the Treasury – Internal Revenue Service

For the year Jan. – Dec. 31, other tax year beginning , 1990, ending , 19

OMB No. 1545-0074

**Label** (See Instructions on page 8.) Use IRS label. Otherwise please print or type.

HELM ▮▮▮▮▮ 09
TONY J HELMS
256 WITHERSPOON WAY   #C
EL CAJON, CA 92020

Your social security number: ▮▮▮▮▮ 09
Spouse's social security number:

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund? ........ Yes [ ]  No [X]
If joint return, does your spouse want $1 to go to this fund? Yes [ ]  No [ ]
Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1 [X] Single. (See page 10 to find out if you can file as head of household.)
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above & full name... ▶
4 [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here ... ▶
5 [ ] Qualifying widow(er) with dependent child  (yr. spouse died ▶19   ).(See page 10.)

**Exemptions** (See Instructions on page 10.)
6a [X] Yourself  If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [ ] Spouse
c Dependents: (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in home in '90

No. of boxes checked on 6a and 6b: —
No. of your children on 6c who:
• lived with you: __
• didn't live with you due to divorce or separation (see page 11)
No. of other dependents on 6c

d If your child didn't live w/ you but is claimed as your dep. under pre-1985 agreement, check ▶ [ ]
e Total number of exemptions claimed..........  Add numbers entered on lines above ▶ 1

**Income** (Please attach Copy B of your Forms W-2, W-2G, and W-2P here. If you do not have a W-2, see page 8.)

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 744 |
| 8b | Tax-exempt interest income (see pg. 13). DON'T incl. on line 8a | |
| 9 | Dividend income (also attach Schedule B if over $400) | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | |
| 11 | Alimony received | |
| 12 | Business income or (loss)(attach Schedule C) | -3,916 |
| 13 | Capital gain or (loss)(attach Schedule D) | |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | |
| 15 | Other gains or (losses)(attach Form 4797) | |
| 16a | Total IRA distributions | 16b Taxable amount (pg. 14) |
| 17a | Total pensions & annuities | 17b Taxable amount (pg. 14) |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | -17,949 |
| 19 | Farm income or (loss)(attach Schedule F) | |
| 20 | Unemployment compensation (insurance)(see page 16) | |
| 21a | Social security benefits | 21b Taxable amount (pg. 16) |
| 22 | Other income SEE STATEMENT 1 | 2,501 |
| 23 | Add the amounts shown in the far right column for lines 7 to 22. This is your **total income** ▶ | 5,244 |

**Adjustments to Income** (See Instructions on page 17.)

| Line | Description | Amount |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on pg. 17 or 18 | |
| 24b | Spouse's IRA deduction, from applicable wksht. on pg. 17 or 18 | |
| 25 | One-half of self-employment tax (see page 18) | |
| 26 | Self-employed health insurance ded. from wksht. on pg. 18 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid.  Recipient's SSN ▶ | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 0 |

**Adjusted Gross Income**
31 Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57  ▶  5,244

Form 1040 (1990) TONY J HELMS ███████ 09            Page 2

**Tax Computation**

*If you want IRS to figure your tax, see Instructions on page 19.*

| # | Description | Amount |
|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 5,244 |
| 33a | Check if: ☐ You were 65 or older  ☐ Blind;  ☐ Spouse was 65 or over  ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | |
| 34 | Enter the larger of: • Your **standard deduction** (from the chart (or worksheet) on page 20 that applies to you), OR • Your **itemized deductions** (from Schedule A, line 27). If you itemize, attach Schedule A and check here ▶ ☐ | 3,250 |
| 35 | Subtract line 34 from line 32 | 1,994 |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | |
| 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | |
| 38 | Enter tax. Check if from:  a ☒ Tax Table,  b ☐ Tax Rate Schedules, or  c ☐ Form 8615 (see pg. 21) (If any is from Form(s) 8814, enter that amt. here .. ▶ d _____) | 0 |
| 39 | Additional taxes (see pg. 21). Check if from:  a ☐ Form 4970,  b ☐ Form 4972 | |
| 40 | Add lines 38 and 39 ▶ | 0 |

**Credits** *(See Instructions on page 21.)*

| # | Description | | Amount |
|---|---|---|---|
| 41 | Credit for child and dependent care expenses (att. Form 2441) | 41 | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | |
| 43 | Foreign tax credit (attach Form 1116) | 43 | |
| 44 | General business credit. Check if from: a ☐ Form 3800 or  b ☐ Form (specify) _____ | 44 | |
| 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | |
| 46 | Add lines 41 through 45 | 46 | |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | 47 | 0 |

**Other Taxes**

| # | Description | Amount |
|---|---|---|
| 48 | Self-employment tax (attach Schedule SE) | |
| 49 | Alternative minimum tax (attach Form 6251) | |
| 50 | Recapture taxes (see page 22). Check if from:  a ☐ Form 4255,  b ☐ Form 8611 | |
| 51 | Social security tax on tip income not reported to employer (attach Form 4137) | |
| 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | |
| 53 | Advance earned income credit payments from Form W-2 | |
| 54 | Add lines 47 through 53. This is your **total tax** ▶ | 0 |

**Payments**

*Attach Forms W-2, W-2G, and W-2P to front.*

| # | | Amount |
|---|---|---|
| 55 | ▶ ☐ ) | |
| 56 | | 9,643 |
| | | 7,849 |
| 60 | | |
| 61 | | |
| 62 | ▶ | 17,492 |

**Refund or Amount You Owe**

| # | Description | Amount |
|---|---|---|
| 63 | If line 62 is more than line 54, enter amount **OVERPAID** ▶ | 17,492 |
| 64 | Amount of line 63 to be **REFUNDED TO YOU** ▶ | |
| 65 | Amount of ln. 63 to be **APPLIED TO YOUR 1991 ESTIMATED TAX.** ▶ 65 | 17,492 |
| 66 | If line 54 is larger than line 62, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. | |
| 67 | Estimated tax penalty (see page 25) | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed]   Date: 10/15/07   Your occupation: SE VARIOUS

Spouse's signature (if joint return, BOTH must sign)   Date:

*Keep a copy of this return for your records.*

**Paid Preparer's Use Only**

Preparer's signature:
Firm's name (or yours if self-employed) and address: Beach Cities Financial, 919 Garnet Ave., San Diego, CA 92109
Date:   Check if self-employed ☐   Preparer's social security no.   E.I. No.

Schedules A&B (Form 1040) 1990     OMB No. 1545-0074     Page **2**

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.)

TONY J HELMS

# Schedule B – Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**
(See Instructions on pages 13 and 30.)

If your received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 31), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 31.

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and the total interest shown on that form.

| | Interest Income | | Amount |
|---|---|---|---|
| 1 | Interest income. (List name of payer – if any interest income is from seller-financed mortgages, see Instructions and list that interest first.) ▶ | | |
| | COMMONWEALTH IMP WES | | 8 |
| | COUNTRYWIDE IMP SUL | | |
| | FNB MARIN SCC | | 17 |
| | FNB MARIN SCC | | 17 |
| | GALLO TD | 1 | |
| | LINCOLN SVC IMP ARA | | |
| | ROHR FCU | | |
| | US TREASURY | | |
| | USA FCU | | 24 |
| 2 | Add the amounts on line 1. Enter the total. | 2 | 744 |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a. ▶ | 4 | 744 |

**Part II Dividend Income**
(See Instructions on pages 13 and 31.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III.
If you received, as a nominee, dividends that actually belong to another person, see page 31.

**Note:** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| | Dividend income | | Amount |
|---|---|---|---|
| 5 | Dividend income. (List name of payer – include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | 5 | |
| 6 | Add the amounts on line 5. Enter the total. | 6 | |
| 7 | Capital gain distributions. Enter here and on Schedule D* | 7 | |
| 8 | Nontaxable distributions. (See the Instructions for Form 1040, line 9.) | 8 | |
| 9 | Add the amounts on lines 7 and 8. Enter the total. | 9 | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9. ▶ | 10 | |

* If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the Instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Foreign Trusts**
(See Instructions on page 31.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1990, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 31 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust which existed during 1990, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926. | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.     Schedule B (Form 1040) 1990

| | | | |
|---|---|---|---|
| Schedule C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) Partnerships, Joint Ventures, Etc., Must File Form 1065. | | OMB No. 1545-0074 **1990** Attachment Sequence No. 09 |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040). | | |

Name of proprietor: **TONY J HELMS**

Social security number (SSN): ███████09

**A** Principal business or profession, including product or service (see instructions): **SE FINANCIAL CONSULTING**

**B** Enter principal business code (from page 2) ▶

**C** Business name and address (include suite or room no.) ▶ **TONY J HELMS, 919 GARNET AVENUE, SD 92109**

**D** Employer ID number (Not SSN):

**E** Accounting method: (1) ☐ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**F** Method(s) used to value closing inventory: (1) ☐ Cost  (2) ☐ Lower of cost or market  (3) ☐ Other (attach explanation)  (4) ☒ Does not apply (if checked, go to line H)

**G** Was there change in determining quantities, costs, or valuations between opening & closing inventory? (If "Yes," att. explanation) ..........

**H** Are you deducting expenses for business use of your home? (If "Yes," see Instructions for limitations.) .................... X

**I** Did you "materially participate" in the operation of this business during 1990? (If "No," see Instructions for limitations on losses.) ......... X

**J** If this is the first Schedule C filed for this business, check here ................................................. ▶ ☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the Instructions and check here ▶ ☐ | 1 | 208,891 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1. Enter the result here | 3 | |
| 4 | Cost of goods sold (from line 38 on page 2) | 4 | |
| 5 | Subtract line 4 from line 3 and enter the **gross profit** here | 5 | 176, |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see Instructions) | 6 | |
| 7 | Add lines 5 and 6. This is your **gross income** ▶ | 7 | 176,825 |

## Part II  Expenses

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 922 | 21 Repairs and maintenance | 21 | |
| 9 | Bad debts from sales or services (see Instructions) | 9 | | 22 Supplies (not included in Part III) | 22 | 12,868 |
| 10 | Car and truck expenses (attach **Form 4562**) | 10 | 1,843 | 23 Taxes and licenses | 23 | |
| 11 | Commissions and fees | 11 | | 24 Travel, meals, and entertainment: a Travel | 24a | |
| 12 | Depletion | 12 | | b Meals and entertainment 1,506 | | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see Instr.) | 13 | 385 | c Enter 20% of line 24b subject to limitations (see Instructions) 301 | | |
| | | | | d Subtract line 24c from 24b | 24d | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 661 | 25 Utilities | 25 | |
| 15 | Insurance (other than health) | 15 | 974 | 26 Wages (less jobs credit) | 26 | |
| 16 | Interest: | | | 27a Other expenses (list type and amount): **SEE STATEMENT 2**  132,578 | | |
| a | Mortgage (paid to banks, etc.) | 16a | | | | |
| b | Other | 16b | 16,481 | | | |
| 17 | Legal & professional services | 17 | | | | |
| 18 | Office expense | 18 | | | | |
| 19 | Pension & profit-sharing plans | 19 | | | | |
| 20 | Rent or lease (see Instr.): | | | | | |
| a | Vehicles, machinery and equip | 20a | 7,591 | | | |
| b | Other business property | 20b | | 27b Total other expenses | 27b | |
| 28 | Add amounts in columns for lines 8 through 27b. These are your **total expenses** ▶ | | | | 28 | |
| 29 | Net profit or (loss). Subtract line 28 from line 7. If a profit, enter here and on Form 1040, line 12. Also enter the net profit on Schedule SE, line 2 (statutory employees, see Instructions). If a loss, you MUST go on to line 30 (fiduciaries, see Instructions) | | | | 29 | -3,916 |

**30** If you have loss, you **MUST** check the box that describes your investment in this activity (see Instr.) .........  
30a ☒ All investment is at risk.  
30b ☐ Some investment is not at risk.

If you checked 30a, enter the loss on Form 1040, line 12, and Schedule SE, line 2 (statutory employees, see Instructions). If you checked 30b, you **MUST** attach **Form 6198**.

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                Schedule C (Form 1040) 1990

Schedule C (Form 1040) 1990     Page **2**

### Part III   Cost of Goods Sold (See Instructions.)

| | | |
|---|---|---:|
| 31 | Inventory at beginning of year. (If different from last year's closing inventory, attach explanation.) | |
| 32 | Purchases less cost of items withdrawn for personal use. | 6,504 |
| 33 | Cost of labor. (Do not include salary paid to yourself.) | |
| 34 | Materials and supplies. | |
| 35 | Other costs. | 15,731 |
| 36 | Add lines 31 through 35. | |
| 37 | Inventory at end of year. | |
| 38 | **Cost of goods sold.** Subtract line 37 from line 36. Enter the result here and on page 1, line 4 | 24,981 |

### Part IV   Principal Business or Professional Activity Codes

Locate the major category that best describes your activity. Within the major category, select the activity code that most closely identifies the business or profession that is the principal source of your sales or receipts. **Enter this 4-digit code on page 1, line B.** For example, a grocery store is under the major category or "Retail Trade," and the code is "3210." (**Note:** If your principal source of income is from farming activities, you should file **Schedule F** (Form 1040), Farm Income & Expenses.)

# SCHEDULE D (Form 1040)
## Capital Gains and Losses
(And Reconciliation of Forms 1099-B for Bartering Transactions)

Department of the Treasury — Internal Revenue Service

▶ Attach to Form 1040.  ▶ See instructions for Schedule D (Form 1040).
▶ For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074
1990
Attachment Sequence No. 12A

Name(s) shown on Form 1040: **TONY J HELMS**
Your social security number: [redacted]09

**1** Enter the total sales of stocks, bonds, other securitites, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this amount is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099-S if you reported them on another form or schedule.) See Instructions for line 1 ............ **1** | 35,838

## Part I — Short-term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| **2a** Stocks, Bonds, Other Securities, and Real Estate. | | | | | | |

**2b** Amounts from Schedule D-1, line 2b (attach Schedule D-1)........
**2c** Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b ▶ 2c
**2d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.)

**3** Short-term gain from sale or exchange of your home from Form 2119, lines 10 or 14c ....... **3**
**4** Short-term gain from installment sales from Form 6252, lines 22 or 30 ........ **4**
**5** Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries ........ **5**
**6** Short-term capital loss carryover from 1989 Schedule D, line 29 ........ **6**
**7** Add lines 2a, 2b, 2d and 3 through 6, in columns (f) and (g) ........
**8** Net short-term gain or (loss). Combine columns (f) and (g) of line 7 ........ **8**

## Part II — Long-term Capital Gains and Losses – Assets Held More Than One Year

**9a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.

| (a) Description | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| CLIENT LIST MTB | 1/01/89 | 12/31/90 | 5,075 | | | 5,075 |
| CLIENT LIST AGM | 1/01/89 | 12/31/90 | 17,807 | | | 17,807 |
| CLIENT LIST DKD | 1/01/89 | 12/31/90 | 2,956 | | | 2,956 |
| COCKLIN INVESTMENT LO | 1/01/89 | 4/18/90 | 10,000 | 10,974 | 974 | |
| SCHUMPERT BAD DEBT LO | 10/24/85 | 12/31/90 | | | | |

**9b** Amounts from Schedule D-1, line 9b (attach Schedule D-1)........
**9c** Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b ▶ 9c | 35,838
**9d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.)

**10** Long-term gain from sale or exchange of your home from Form 2119, lines 10, or 14c ....... **10**
**11** Long-term gain from installment sales from Form 6252, lines 22 or 30 ........ **11**
**12** Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries ........ **12**
**13** Capital gain distributions ........ **13**
**14** Gain from Form 4797, line 7 or 9 ........ **14**
**15** Long-term capital loss carryover from 1989 Schedule D, line 36 ........ **15**
**16** Add lines 9a, 9b, 9d and 10 through 15, in columns (f) and (g) ........ **16** ( 1,974) | 25,838
**17** Net long-term gain or (loss). Combine columns (f) and (g) of line 16 ........ **17** | 23,864

For Paperwork Reduction Act Notice, see Form 1040 Instructions.  Schedule D (Form 1040) 1990

Schedule D (Form 1040) 1990     Attachment Sequence No. **12A**     Page **2**

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

TONY J HELMS

Your social security number: ███-██-09

### Part III — Summary of Parts I and II

18. Combine lines 8 and 17, and enter the net gain or (loss) here. If the result is a gain, **stop here** and also enter the gain on Form 1040, line 13 ............................................. **18**    23,864

19. If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of:
    a. The (loss) on line 18, **or**
    b. ($3,000) or, if married filing a separate return, ($1,500) ............................. **19** ( )

    **Note:** When figuring whether line 19a or 19b is **smaller**, treat both numbers as if they were positive.

    Go on to Part IV if the loss on line 18 is more than $3,000 ($1,500, if married filing a separate return), OR if taxable income on Form 1040, line 37, is zero.

### Part IV — Capital Loss Carryovers from 1990 to 1991

**Section A. – Carryover Limit**

20. Enter taxable income from Form 1040, line 37.
    **(If Form 1040, line 37 is zero, see Instructions for amount to enter.)**    **20**
    **Note:** For lines 21 through 36, enter all amounts as positive numbers
21. Enter the loss on line 19 ........................................ **21**
22. Enter the amount on Form 1040, line 36 ............................ **22**
23. Combine lines 20, 21, and 22. If zero or less, enter –0– ............. **23**
24. **Carryover Limit.** Enter the **smaller** of line 21 or line 23 ............

**Section B. – Short-Term Capital Loss Carryover to 1991**
(Complete this section only if there is a loss on both line 8 and line 19. Otherwise, go on to Section C.)

25. Enter the loss on line 8 ........................................ **25**
26. Enter the gain, if any, on line 17 ................................
27. Enter the amount on line 24 ....................................
28. Add lines 26 and 27 ........................................... **28**
29. **Short-term capital loss carryover to 1991.**
    Subtract line 28 from line 25. If zero or less, enter –0– .............. **29**

**Section C. – Long-Term Capital Loss Carryover to 1991**
(Complete this section only if there is a loss on line 17 and line 19.)

30. Enter the loss on line 17 ....................................... **30**
31. Enter the gain, if any, on line 8 ................................. **31**
32. Enter the amount on line 24 .................................... **32**
33. Enter the amount, if any, on line 25 .............................
34. Subtract line 33 from line 32. If zero or less, enter –0– .............. **34**
35. Add lines 31 and 34 ........................................... **35**
36. **Long-term capital loss carryover to 1991.** Subtract line 35 from line 30.
    If zero or less, enter –0– ........................................ **36**

### Part V — Election Not to Use the Installment Method
(Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

37. Check here if you elect out of the installment method ............... ▶ ☐
38. Enter the face amount of the note or other obligation ............... ▶
39. Enter the percentage of valuation of the note or other obligation ..... ▶

### Part VI — Reconciliation of Forms 1099–B for Bartering Transactions
(Complete this part if you received one or more Form 1099–B or substitute statements reporting bartering income.)

Amount for bartering income from Form 1099–B or equivalent statement reported on form or schedule

40. Form 1040, line 22 ............................................ **40**
41. Schedule C (Form 1040) ....................................... **41**
42. Schedule D (Form 1040) ....................................... **42**
43. Schedule E (Form 1040) ....................................... **43**
44. Schedule F (Form 1040) ....................................... **44**
45. Other form or schedule (identify)(if not taxable, indicate reason – attach additional sheets if necessary):

46. Total (add lines 40 through 45) ................................
    **Note:** The amount on line 46 should be the same as the total bartering income on all Forms 1099–B and substitute statements received for bartering transactions.

# SCHEDULE E (Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss
(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, Form 1041.
▶ See Instructions for Schedule E (Form 1040).

Name(s) shown on return: TONY J HELMS

## Part I  Income or Loss From Rentals and Royalties
Note: Report farm rental income or loss from Form 4835 on page 2, line 39.

1  Show the kind and location of each **rental property**:
- A  R1 CAMINITO ARALIA SAN DIEGO, CA
- B  R2 CAMINITO SULMONA SAN DIEGO, CA
- C  R3 MONTONGO MGMT NET TO SCH C/SE SAN DIEGO, CA

2  For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? (See Instructions)

|   | Yes | No |
|---|-----|----|
| A |     |    |
| B |     |    |
| C |     | X  |

| Rental and Royalty Income: | | Properties A | Properties B | Properties C | | D Totals (Add columns A, B, & C) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 9,375 | 1,650 | -1 | 3 | |
| 4 Royalties received | 4 | | | | 4 | |
| **Rental and Royalty Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 250 | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Mortgage interest paid to banks, etc. (see instr.) | 11 | 7,086 | 4,815 | | 11 | 20,520 |
| 12 Other interest | 12 | | | 150 | | |
| 13 Repairs | 13 | 83 | 3,042 | | | |
| 14 Supplies | 14 | | | | | |
| 15 Taxes | 15 | 804 | 635 | | | |
| 16 Utilities | 16 | | 54 | | | |
| 17 Wages and salaries | 17 | | | | | |
| 18 ▶ ASSOCIATION DUES | 18 | 1,573 | 1,495 | | | |
|     MISCELLANEOUS | | 27 | 11 | | | |
|     UMBRELLA | | 220 | | | | |
| 19 Add lines 5 through 18 | 19 | 10,043 | 10,052 | 150 | 19 | 32,122 |
| 20 Depreciation expense or depletion (see instr.) | 20 | 1,357 | 1,083 | | 20 | |
| 21 Total expenses. Add lines 19 and 20 | 21 | 11,400 | 11,135 | 150 | | |
| 22 Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties) | 22 | -2,025 | -9,485 | -151 | | |
| 23 Deductible rental loss (see instr.) | 23 | ( 2,025 ) | ( 9,485 ) | ( 151 ) | | |

24  **Income.** Add rental and royalty income from line 22. Enter the total income here ......... 24
25  **Losses.** Add royalty losses from line 22 and rental losses from line 23. Enter the total losses here ......... 17,949 )
26  **Total rental or royalty income or (loss).** Combine amounts on lines 24 and 25. Enter the result here. If Parts II, III, IV and line 39 on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in the total on line 40 on page 2 ......... 26  -17,949

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                   Schedule E (Form 1040) 1990

OMB No. 1545-0074

**1990**

Attachment Sequence No. **13**

Your social security number: .09

## Part I — Income or Loss From Rentals and Royalties

Note: Report farm rental income or loss from **Form 4835** on page 2, line 39.

1. Show the kind and location of each **rental property**:
   - A  R4 SCRIPPS WESTVIEW SAN DIEGO, CA
   - B
   - C

2. For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? (See Instructions)  — A: No X

**Rental and Royalty Income:**

| | Properties A | B | C |
|---|---|---|---|
| 3 | 7,430 | | |
| 4 | | | |

**Rental and Royalty Expenses:**

| | | A | B | C |
|---|---|---|---|---|
| 5 | Advertising | | | |
| 6 | Auto and travel | | | |
| 7 | Cleaning and maintenance | | | |
| 8 | Commissions | | | |
| 9 | Insurance | | | |
| 10 | Legal and other professional fees | | | |
| 11 | Mortgage interest paid to banks, etc. (see instr.) | | | |
| 12 | Other interest | | | |
| 13 | Repairs | 400 | | |
| 14 | Supplies | | | |
| 15 | Taxes | 1,056 | | |
| 16 | Utilities | | | |
| 17 | Wages and salaries | | | |
| 18 ▶ ASSOCIATION DUES | 1,508 | | |
| 18 | | | | |
| 19 | 11,877 | | | |
| 20 | 1,841 | | | |
|  | 13,718 | | | |
| 22 | |( | | |
| 25 | | | |( |
| 26 | | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule E (Form 1040) 1990

| Form | | | OMB No. 1545- |
|---|---|---|---|
| 4562 | **Depreciation and Amortization** | | **1990** |
| Department of the Treasury | (Including Information on Listed Property) | | Attachment |
| Internal Revenue Service | ▶ See separate Instructions. ▶ Attach this form to your return. | | Sequence No 67 |

Name(s) shown: TONY ELMS

Identifying number: 30-

Business or activity to which this form relates: SCHEDULE C

### Part I — Election To Expense Certain Tangible Property (Section 179)

(**Note:** If you have any "Listed Property," also complete Part V.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation (see instructions) | 1 | $10,000 |
| 2 | Total cost of section 179 property placed in service during the tax year (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation – Subtract line 3 from line 2, but do not enter less than –0– | 4 | |
| 5 | Dollar limitation for tax year – Subtract line 4 from line 1, but do not enter less than –0– | 5 | |

| (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| | Listed property – Enter amount from line 26 | 7 | |
| | Total elected cost of section 179 property – Add amounts in column (c), lines 6 and 7 | 8 | |
| | Tentative deduction – Enter the lesser of line 5 or line 8 | 9 | |
| | Carryover of disallowed deduction from 1989 (see instructions) | 10 | |
| | Taxable income limitation – Enter the lesser of taxable income or line 5 (see instructions) | 11 | |
| | Section 179 expense deduction – Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1991 – Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for automobiles, certain other vehicles, cellular telephones, computers, or property used for entertainment, recreation, or amusement (listed property). Instead, use Part V for listed property.

### Part II — MACRS Depreciation For Assets Placed in Service ONLY During Your 1990 Tax Year
(Do Not Include Listed Property)

| (a) Classification of property | (b) Mo. and yr. placed in service | (c) Basis for depreciation (Business use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 14 General Depreciation System (GDS) (see instructions): | | | | | | |
| a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  Residential rental property | | | | | | |
| h  Nonresidential real property | | | | | | |
| 15 Alternative Depreciation System (ADS) (see instructions): | | | | | | |
| a  Class life | | | | | | |
| b  12-year | | | | | | |
| c  40-year | | | | | | |

### Part III — Other Depreciation (Do Not Include Listed Property)

| | | | |
|---|---|---|---|
| 16 | GDS and ADS deductions for assets placed in service in tax years beginning before 1990 (see instructions) | 16 | |
| 17 | Property subject to section 168(f)(1) election (see instructions) | 17 | |
| 18 | ACRS and other depreciation (see instructions) | 18 | 38 |

### Part IV — Summary

| | | | |
|---|---|---|---|
| 19 | Listed property – Enter amount from line 25 | 19 | |
| 20 | Total – Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations – see instructions) | 20 | 385 |
| 21 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) | 21 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

Form 4562 (1990)

```
CLIENT 1040                   FORM 1040 - STATEMENTS                        PAGE 1
                                   TONY J HELMS
                                    ███████ 09


    STATEMENT 1
    LINE 22 - OTHER INCOME

    INSURANCE COMMISSIONS                                     1,820
    PRIOR YEAR RENT PRORATE-GALLO                               681
                                                          ---------
                                              TOTAL         2,501
```

```
CLIENT 1040           SCHEDULE C (FORM 1040) - STATEMENTS                PAGE 1
                              TONY J HELMS
                                  ████.09


    _____

    STATEMENT 2
    LINE 27a - OTHER EXPENSES

    1099 SVCS COMBINED                                        28,306
    BC MSCL                                                    4,540
    BC OPM AND MSCL                                            3,759
    BC PAYROLL TAX                                             5,038
    BC PAYROLL TAX ARREARS                                    28,938
    COMP H                                                    23,990
    COMP S                                                    11,370
    DUES SUBSCR BOOKS                                          4,947
    PARKING                                                       88
    POSTAGE                                                   13,139
    REFERRALS SULLIVAN                                         1,000
    REIMBURSEMENTS                                             1,761
    RETURNS                                                    5,702
                                                           ---------
                                             TOTAL           132,578
    _____
```

```
TONY J HELMS                                                          12/31/90
        09                                                            PAGE 1
                     FEDERAL DEPRECIABLE BASIS SCHEDULE

        COST/     BUS.   BUSINESS   SEC   ITC BAS  BONUS    DB       SALVAGE   DEPR.
NO.     BASIS     PCT.   BASIS      179   REDUCTN  DEPR.    DEPREC.  VALUE     BASIS
---     -----     ----   --------   ---   -------  -----    -------  -------   -----

SCHEDULE C
----------

 1         274    100         274                                                  274
 9       2,474    100       2,474                                                2,474
         -----              ------   ---   ----    ---    -----     -----      ------
         2,748              2,748     0     0       0       0         0         2,748

SCHEDULE E
----------

 2      40,723    100      40,723                                               40,723
 3      30,542    100      30,542                                               30,542
        ------             ------   ---   ----    ---    -----     -----       ------
        71,265             71,265    0     0       0       0         0         71,265

SCHEDULE E
----------

 4      32,500    100      32,500                                               32,500
 5      32,500    100      32,500                                               32,500
        ------             ------   ---   ----    ---    -----     -----       ------
        65,000             65,000    0     0       0       0         0         65,000

SCHEDULE E
----------

 6      51,750    100      51,750                                               51,750
 7     323,250    100     323,250                                              323,250
 8       3,470    100       3,470                                                3,470
       -------            -------   ---   ----    ---    -----     -----      -------
       378,470            378,470    0     0       0       0         0        378,470
```

```
TONY J HELMS                                                    12/31/90
     .09                                                         PAGE 1
                        FEDERAL DEPRECIATION SCHEDULE

              DATE      DEPR.     PRIOR
NO  DESCRIPTION    ACQUIRED   BASIS    DEPREC.   METHOD   LIFE  RATE   DEPR
    ---------------  --------  ---------  --------  -------  ----  -----

SCHEDULE C
-----------

 1  DEPR COMP UPGD  1/01/90       274                S/L      5            55
 9  FURNITURE       4/30/90     2,474                S/L      5           330
                               ---------  --------                   ---------
                                 2,748         0                         385

SCHEDULE E
-----------

 2  R1 ARALIA IMPV  1/01/89    40,723     1,357      S/L     30         1,357
 3  R1 ARALIA LAND  1/01/89    30,542                                       0
                               -------   --------                    ---------
                               71,265     1,357                         1,357

SCHEDULE E
-----------

 4  R2 SULMONA IMP  1/01/89    32,500     1,083      S/L     30         1,083
 5  R2 SULMONA LAN  1/01/89    32,500                                       0
                               -------   --------                    ---------
                               65,000     1,083                         1,083

SCHEDULE E
-----------

 6  R4 WESTVIEW IM  1/01/89    51,750     1,725      S/L     30         1,725
 7  R4 WESTVIEW LA  1/01/89   323,250                                       0
 8  R4 WESTVIEW CO  1/01/89     3,470       116      S/L     30           116
                              --------   --------                    ---------
                              378,470     1,841                         1,841
```