**EXHIBIT "C"**

FORM 1040 Department of the Treasury – Internal Revenue Service

# U.S. Individual Income Tax Return (T) 1991

For the year Jan. - Dec. 31, 1991, or other tax year beginning , 1991, ending , 19 OMB No. 1545-0074

**Label** (See instructions on page 11.) Use IRS label. Otherwise please print or type.

LABEL HERE

HELM [redacted]9
TONY J HELMS
256 WITHERSPOON WAY #C
EL CAJON, CA 92020

Your social security number [redacted]09

Spouse's social security number

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

**Presidential Election Campaign** (See page 11.)

Do you want $1 to go to this fund? Yes [ ] No [X]

If joint return, does your spouse want $1 to go to this fund? Yes [ ] No [ ]

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4 [ ] Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 12.)

## Exemptions

(See page 12.)

6a [X] Yourself If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2

b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) Name | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in home in '91 |
|---|---|---|---|---|
| | | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
● lived with you
● didn't live with you due to divorce or separation (see page 14)
No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dep. under pre-1985 agreement, check ▶ [ ]

e Total number of exemptions claimed. Add numbers entered on lines above ▶ 1

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | |
| 8a | **Taxable** interest income (also attach Schedule B if over $400) | 8a | 10,569 |
| b | **Tax-exempt** interest income (see pg. 16). DON'T include on line 8a — 8b | | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | -42,962 |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 31,152 |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions — 16a — 16b Taxable amount (pg. 17) | 16b | |
| 17a | Total pensions and annuities — 17a — 17b Taxable amount (pg. 17) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | -18,878 |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) (see page 18) | 20 | |
| 21a | Social security benefits — 21a — 21b Taxable amount (pg. 18) | 21b | |
| 22 | Other income SEE STATEMENT 1 | 22 | 1,100 |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | |

## Adjustments to Income

(See page 19.)

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a | |
| b | Spouse's IRA deduction, from applicable wksht. on page 20 or 21 | 24b | |
| 25 | One-half of self-employment tax (see page 21) | 25 | |
| 26 | Self-employed health insurance deduction, from wksht. on pg. 22 | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 0 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56 ▶ | 31 | -19,019 |

H884

**Tax Computation**

If you want the IRS to figure your tax, see page 24.

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | -19,019 |
| 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of your: Itemized deductions (from Schedule A, line 26), OR Standard deduction (shown below for your filing status) Caution: If you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single – $3,400 • Head of Household – $5,000 • Married filing jointly or Qualifying widow(er) – $5,700 • Married filing separately – $2,850 | 34 | 3,400 |
| 35 | Subtract line 34 from line 32 | 35 | -22,419 |
| 36 | If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter | 36 | 2,150 |
| 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | 0 |
| 38 | Enter tax. Check if from: a ☒ Tax Table, b ☐ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e ) | 38 | 0 |
| 39 | Additional taxes (see page 24). Check if from: a ☐ Form 4970 b ☐ Form 4972 | 39 | |
| 40 | Add lines 38 and 39 ▶ | 40 | 0 |

**Credits** (See page 25.)

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses (att. Form 2441) | 41 | | | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | | | |
| 43 | Foreign tax credit (attach Form 1116) | 43 | | | |
| 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | | | |
| 45 | Add lines 41 through 44 | | | 45 | |
| 46 | Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) ▶ | | | 46 | 0 |

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 47 | Self-employment tax (att. Sch. SE) | 47 | |
| 48 | Alternative minimum tax (attach Form 6251) | 48 | |
| 49 | Recapture taxes (see page 26). Check if from: a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | |
| 50 | Social security and Medicare tax on tip income not reported to employer (attach Form 4137) | 50 | |
| 51 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 51 | |
| 52 | Advance earned income credit payments from Form W-2 | 52 | |
| 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 0 |

**Payments**

Attach Forms W-2, W-2G, and 1099-R to front.

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐ ) | 54 | | | |
| 55 | 1991 estimated tax payments and amount applied from 1990 return | 55 | 17,492 | | |
| 56 | **Earned income credit** (att. Schedule EIC) | 56 | | | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | 5,000 | | |
| 58 | Excess social security, Medicare, and RRTA tax withheld (see page 27) | 58 | | | |
| 59 | Other payments (see page 27). Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | | | |
| 60 | Add lines 54 through 59. These are your **total payments** ▶ | | | 60 | 22,492 |

**Refund or Amount You Owe**

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | | | 61 | |
| 62 | Amount of line 61 to be **REFUNDED TO YOU** ▶ | | | 62 | |
| 63 | Amount of line 61 to be **APPLIED TO YOUR 1992 ESTIMATED TAX** ▶ | 63 | 22,492 | | |
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. | | | 64 | |
| 65 | Est. tax penalty (see pg. 28). Also incl. on ln. 64 | 65 | | | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| [signature] | 10/15/07 | SE VARIOUS |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | Beach Cities Financial<br>919 Garnet Ave.<br>San Diego, CA | E.I. No. | 92109 |

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.)

TONY J HELMS

# Schedule B – Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income** (See pages 15 and 43.)

**If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 43), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 43.**

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | Interest Income | | Amount |
|---|---|---|---|
| 1 | Interest income. (List name of payer – if any interest income is from seller-financed mortgages, see instructions and list this interest first.) ▶ | 1 | |
| | AGM NOTE | | 5,086 |
| | COUNTRYWIDE IMP SUL | | |
| | DKD NOTE | | |
| | FNB MARIN SCC | | |
| | FNB MARIN SCC | | |
| | IMCO REALTY WES | | |
| | LINCOLN SVC IMP ARA | | |
| | MTB NOTE | | |
| | ROHR FCU | | |
| | SECURITY PACIFIC MMF | | |
| | USA FCU | | [illegible] |
| 2 | Add the amounts on line 1 | 2 | 10,569 |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 10,569 |

**Part II Dividend Income** (See pages 16 and 43.)

**If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 43.**

**Note:** If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| | Dividend Income | | Amount |
|---|---|---|---|
| 5 | Dividend income. (List name of payer – include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | 5 | |
| 6 | Add the amounts on line 5 | 6 | |
| 7 | Capital gain distributions. Enter here and on Schedule D* (7) | | |
| 8 | Nontaxable distributions. (See the Instructions for Form 1040, line 9.) (8) | | |
| 9 | Add lines 7 and 8 | 9 | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | |

* If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Foreign Trusts** (See page 43.)

**If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.**

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1991, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 43 for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust which existed during 1991, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926. | | X |

**Schedule C (Form 1040)**

Department of the Treasury Internal Revenue Service (T)

# Profit or Loss From Business

**(Sole Proprietorship)**

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1991**

Attachment Sequence No. **09**

Name of proprietor: TONY J HELMS

Social security number (SSN): [redacted]-09

A Principal business or profession, including product or service (see instructions): C1 FINANCIAL SERVICES

B Enter principal business code (from page 2) ▶

C Business name: TONY J HELMS

D Employer ID number (Not SSN)

E Business address (including suite or room no.) ▶ 919 GARNET AVENUE, SD 92109
City, town or post office, state, and ZIP code: EL CAJON, CA 92020

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Method(s) used to value closing inventory: (1) ☐ Cost (2) ☐ Lower of cost or market (3) ☐ Other (attach explanation) (4) ☒ Does not apply (if checked, skip line H)

| | Yes | No |
|---|---|---|
| H Was there any change in determining quantities, costs, or valuations between opening and closing inventory? (If "Yes," attach explanation) | | |
| I Did you "materially participate" in the operation of this business during 1991? (If "No," see instructions for limitations on losses.) | X | |

J If this is the first Schedule C filed for this business, check here ▶ ☐

## Part I Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution**: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here ▶ ☐ | 1 | 228,177 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | Subtract line 4 from line 3 and enter the **gross profit** here | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Add lines 5 and 6. This is your **gross income** ▶ | 7 | |

## Part II Expenses (Caution: Enter expenses for business use of your home on line 30.)

| Line | Description | Amount |
|---|---|---|
| 8 | Advertising | 4,797 |
| 9 | Bad debts from sales or services (see instructions) | |
| 10 | Car and truck expenses (see instr. - also att. **Form 4562**) | 6,427 |
| 11 | Commissions and fees | |
| 12 | Depletion | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III)(see instructions.) | 646 |
| 14 | Employee benefit programs (other than on line 19) | 1,868 |
| 15 | Insurance (other than health) | 60 |
| 16 | Interest: | |
| 16a | Mortgage (paid to banks, etc.) | |
| 16b | Other | 12,180 |
| 17 | Legal and professional services | |
| 18 | Office expense | |
| 19 | Pension and profit-sharing plans | |
| 20 | Rent or lease (see instructions.): | |
| 20a | Vehicles, machinery & equipment | |
| 20b | Other business property | 10,848 |

| Line | Description | Sub-amount | Amount |
|---|---|---|---|
| 21 | Repairs and maintenance | | 1,591 |
| 22 | Supplies (not included in Part III) | | 15,[illegible] |
| 23 | Taxes and licenses | | |
| 24 | Travel, meals, and entertainment: | | |
| 24a | Travel | | 296 |
| 24b | Meals and entertainment | 2,604 | |
| 24c | Enter 20% of line 24b subject to limitations (see instructions.) | 521 | |
| 24d | Subtract line 24c from line 24b | | 2,083 |
| 25 | Utilities | | |
| 26 | Wages (less jobs credit) | | |
| 27a | Other expenses **(list type and amount)**: SEE STATEMENT 2 | 131,827 | |
| 27b | Total other expenses | | 131,827 |

| Line | Description | No. | Amount |
|---|---|---|---|
| 28 | Add amounts in columns for lines 8 through 27b. These are your **total expenses** before expenses for business use of your home ▶ | 28 | 209,619 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | |
| 30 | Expenses for business use of your home **(attach Form 8829)** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. If a profit, enter here and on Form 1040, line 12. Also enter the net profit on Schedule SE, line 2 (statutory employees, see instructions). If a loss, you MUST go on to line 32 (fiduciaries, see instructions) | 31 | -9,762 |

32 If you have loss, you MUST check the box that describes your investment in this activity (see instructions.) 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk.

If you checked 32a, enter the loss on Form 1040, line 12, and Schedule SE, line 2 (statutory employees, see instructions). If you checked 32b, you MUST attach **Form 6198**.

## Part III Cost of Goods Sold (See instructions.)

| | | | |
|---|---|---|---|
| 33 | Inventory at beginning of year. (If different from last year's closing inventory, attach explanation.) | 33 | |
| 34 | Purchases less cost of items withdrawn for personal use | 34 | |
| 35 | Cost of labor. (Do not include salary paid to yourself.) | | |
| 36 | Materials and supplies | | |
| 37 | Other costs | 37 | 26,930 |
| 38 | Add lines 33 through 37 | 38 | [illegible] |
| 39 | Inventory at end of year | | |
| 40 | **Cost of goods sold.** Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | 26,930 |

## Part IV Principal Business or Professional Activity Codes

Locate the major category that best describes your activity. Within the major category, select the activity code that most closely identifies the business or profession that is the principal source of your sales or receipts. **Enter this 4-digit code on page 1, line B.** For example, real estate agent is under the major category of **"Real Estate,"** and the code is "5520." (**Note:** If your principal source of income is from farming activities, you should file **Schedule F** (Form 1040), Profit or Loss From Farming.)

**Schedule C (Form 1040)**

Department of the Treasury
Internal Revenue Service (T)

# Profit or Loss From Business
**(Sole Proprietorship)**

▶ Partnerships, joint ventures, etc., must file Form 1065.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1991**
Attachment Sequence No. 09

Name of proprietor: TONY J HELMS
Social security number (SSN): [redacted]09

A Principal business or profession, including product or service (see instructions): C2 REAL ESTATE MANAGEMENT
B Enter principal business code (from page 2) ▶
C Business name: TONY J HELMS
D Employer ID number (Not SSN)
E Business address (including suite or room no.) ▶ 256 WITHERSPOON WAY #C
City, town or post office, state, and ZIP code: EL CAJON, CA 92020

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶
G Method(s) used to value closing inventory: (1) ☐ Cost (2) ☐ Lower of cost or market (3) ☐ Other (attach explanation) (4) ☒ Does not apply (if checked, skip line H)

| | Yes | No |
|---|---|---|
| H Was there any change in determining quantities, costs, or valuations between opening and closing inventory? (If "Yes," attach explanation) | | |
| I Did you "materially participate" in the operation of this business during 1991? (If "No," see instructions for limitations on losses.) | X | |

J If this is the first Schedule C filed for this business, check here ▶ ☐

## Part I Income

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here ▶ ☐ | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | Subtract line 4 from line 3 and enter the **gross profit** here | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Add lines 5 and 6. This is your **gross income** ▶ | 7 | |

## Part II Expenses (Caution: Enter expenses for business use of your home on line 30.)

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | | 21 | Repairs and maintenance | |
| 9 | Bad debts from sales or services (see instructions) | | 22 | Supplies (not included in Part III) | |
| 10 | Car and truck expenses (see instr. – also att. Form 4562) | | 23 | Taxes and licenses | |
| 11 | Commissions and fees | | 24 | Travel, meals, and entertainment: | |
| 12 | Depletion | | 24a | Travel | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III)(see instructions.) | | b | Meals and entertainment | |
| 14 | Employee benefit programs (other than on line 19) | | c | Enter 20% of line 24b subject to limitations (see instructions.) | |
| 15 | Insurance (other than health) | | d | Subtract line 24c from line 24b | |
| 16 | Interest: | | 25 | Utilities | |
| 16a | Mortgage (paid to banks, etc.) | | 26 | Wages (less jobs credit) | |
| 16b | Other | | 27a | Other expenses (list type and amount): | |
| 17 | Legal and professional services | | | MONTONGO MGMT EXPENSES | 18,311 |
| 18 | Office expense | | | BERLIN ST MGMT EXPENSES | 376 |
| 19 | Pension and profit-sharing plans | | | AVE NAVIDAD MGMT EXPENS | 14,513 |
| 20 | Rent or lease (see instructions.): | | | | |
| 20a | Vehicles, machinery & equipment | | | | |
| 20b | Other business property | | 27b | Total other expenses | |

| Line | Description | | Amount |
|---|---|---|---|
| 28 | Add amounts in columns for lines 8 through 27b. These are your **total expenses** before expenses for business use of your home ▶ | 28 | 33,200 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | |
| 30 | Expenses for business use of your home **(attach Form 8829)** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. If a profit, enter here and on Form 1040, line 12. Also enter the net profit on Schedule SE, line 2 (statutory employees, see instructions). If a loss, you MUST go on to line 32 (fiduciaries, see instructions) | 31 | -33,200 |

32 If you have loss, you MUST check the box that describes your investment in this activity (see instructions.) 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk.

If you checked 32a, enter the loss on Form 1040, line 12, and Schedule SE, line 2 (statutory employees, see instructions). If you checked 32b, you MUST attach **Form 6198**.

SCHEDULE D (Form 1040)

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

(And Reconciliation of Forms 1099-B for Bartering Transactions)

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

▶ For more space to list transactions for lines 1a and 8a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

1991

Attachment Sequence No. 12A

Name(s) shown on Form 1040: TONY J HELMS

Your social security number: [redacted]

**Caution:** Add the following amounts reported to you for 1991 on Forms 1099-B and 1099-S (or on substitute statements): **(a)** proceeds from transactions involving stocks, bonds, and other securities, and **(b)** gross proceeds from real estate transactions not reported on another form or schedule. If this total does not equal the total of lines 1c and 8c, column (d), attach a statement explaining the difference. See instructions.

## Part I Short-term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis, (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **1a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.** | | | | | | |
| LOMA VISTA INVESTMENT | 2/08/91 | 12/31/91 | | 1 | 1 | |
| **1b** Amounts from Schedule D-1, line 1b (attach Schedule D-1) | | | | | | |
| **1c Total of All Sales Price Amounts.** Add column (d) of lines 1a and 1b ▶ 1c | | | | | | |
| **1d Other Transactions (Do NOT include real estate transactions from Forms 1099-S on this line. Report them on line 1a.)** | | | | | | |

| Line | Description | | (f) | (g) |
|---|---|---|---|---|
| 2 | Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c | 2 | | |
| 3 | Short-term gain from installment sales from Form 6252, line 22 or 30 | 3 | | |
| 4 | Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 4 | | |
| 5 | Short-term capital loss carryover from 1990 Schedule D, line 29 | 5 | | |
| 6 | Add lines 1a, 1b, 1d and 2 through 5, in columns (f) and (g) | 6 | ( 1) | |
| 7 | Net short-term gain or (loss). Combine columns (f) and (g) of line 6 | 7 | | -1 |

## Part II Long-term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| **8a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.** | | | | | | |
| SCH D AGM | 1/01/89 | 12/31/91 | 6,914 | | | |
| | 1/01/89 | 12/31/91 | 5,315 | | | |
| | 1/01/89 | 12/31/91 | 16,093 | | | |
| | 1/01/89 | 12/31/91 | 3,852 | | | |
| | 1/01/90 | 12/31/91 | | | 1,021 | |
| **8b** Amounts from Schedule D-1, line 8b (attach Schedule D-1) | | | | | | |
| **8c Total of All Sales Price Amounts.** Add column (d) of lines 8a and 8b ▶ 8c | | | 32,174 | | | |
| **8d Other Transactions (Do NOT include real estate transactions from Forms 1099-S on this line. Report them on line 8a.)** | | | | | | |

| Line | Description | | (f) | (g) |
|---|---|---|---|---|
| 9 | Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c | 9 | | |
| 10 | Long-term gain from installment sales from Form 6252, line 22 or 30. | 10 | | |
| 11 | Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 11 | | |
| 12 | Capital gain distributions | 12 | | |
| 13 | Gain from Form 4797, line 7 or 9 | 13 | | |
| 14 | Long-term capital loss carryover from 1990 Schedule D, line 36 | 14 | | |
| 15 | Add lines 8a, 8b, 8d, and 9 through 14, in columns (f) and (g) | 15 | ( 1,021) | 32,174 |
| 16 | **Net long-term gain or (loss).** Combine columns (f) and (g) of line 15 | 16 | | 31,153 |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions**



H884

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.) TONY J HELMS

Your social security number [redacted] 09

## Part III Summary of Parts I and II

17 Combine lines 7 and 16 and enter the net gain or (loss) here. If the result is a gain, also enter the gain on Form 1040, line 13. (**Note:** If both lines 16 and 17 are gains, see Part IV below.) . . . **17** 31,152

18 If line 17 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of:
**a** The (loss) on line 17; **or**
**b** ($3,000) or, if married filing a separate return, ($1,500) . . . **18** ( )

**Note:** When figuring whether line 18a or 18b is **smaller,** treat both numbers as positive.
Complete Part V if the loss on line 17 is more than the loss on line 18, OR if Form 1040, line 37, is zero.

## Part IV Tax Computation Using Maximum Capital Gains Rate

USE THIS PART TO FIGURE YOUR TAX ONLY IF BOTH LINES 16 AND 17 ARE GAINS, AND:

| You checked filing status box: | AND | Form 1040, line 37, is over: | You checked filing status box: | AND | Form 1040, line 37, is over: |
|---|---|---|---|---|---|
| 1 | | $49,300 | 3 | | $41,075 |
| 2 or 5 | | $82,150 | 4 | | $70,450 |

19 Enter the amount from Form 1040, line 37 . . . **19**
20 Enter the **smaller** of line 16 or line 17 . . .
21 Subtract line 20 from line 19 . . .
22 Enter: **a** $20,350 if you checked filing status box 1; **b** $34,000 if you checked filing status box 2 or 5; **c** $17,000 if you checked filing status box 3; or **d** $27,300 if you checked filing status box 4 . . . **22**
23 Enter the **greater** of line 21 or line 22 . . . **23**
24 Subtract line 23 from line 19 . . .
25 Figure the tax on the amount on line 23. Use the Tax Table or Tax Rate Schedules, whichever applies.
26 Multiply line 24 by 28% (.28) . . .
27 Add lines 25 and 26. Enter here and on Form 1040, line 38, and check the box for Schedule D . . .

## Part V Capital Loss Carryovers from 1991 to 1992

### Section A. – Carryover Limit

28 Enter the amount from Form 1040, line 35. If a loss, enclose the amount in parentheses **28**
29 Enter the loss from line 18 as a positive amount . . .
30 Combine lines 28 and 29. If zero or less, enter -0- . . .
31 Enter the **smaller** of line 29 or line 30 . . .

### Section B. – Short-Term Capital Loss Carryover to 1992 (Complete this section only if there is a loss on both lines 7 and 18.)

32 Enter the loss from line 7 as a positive amount . . . **32**
33 Enter the gain, if any, from line 16 . . . **33**
34 Enter the amount from line 31 . . . **34**
35 Add lines 33 and 34 . . . **35**
36 **Short-term capital loss carryover to 1992.** Subtract line 35 from line 32. If zero or less, enter -0- . . **36**

### Section C. – Long-Term Capital Loss Carryover to 1992 (Complete this section only if there is a loss on both lines 16 and 18.)

37 Enter the loss from line 16 as a positive amount . . . **37**
38 Enter the gain, if any, from line 7 . . . **38**
39 Enter the amount from line 31 . . . **39**
40 Enter the amount, if any, from line 32 . . . **40**
41 Subtract line 40 from line 39. If zero or less, enter -0- . . **41**
42 Add lines 38 and 41 . . . **42**
43 **Long-term capital loss carryover to 1992.** Subtract line 42 from line 37. If zero or less, enter -0- **43**

## Part VI Election Not To Use the Installment Method

(Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

44 Check here if you elect out of the installment method . . . ▶ ☐
45 Enter the face amount of the note or other obligation . . . ▶
46 Enter the percentage of valuation of the note or other obligation . . . ▶ %

## Part VII Reconciliation of Forms 1099-B for Bartering Transactions

(Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule

47 Form 1040, line 22 . . . **47**
48 Schedule C, D, E, or F (Form 1040) (specify) ▶ **48**
49 Other form or schedule (identify) (if nontaxable, indicate reason – attach additional sheets if necessary): **49**
50 **Total.** Add lines 47 through 49. This amount should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions . . . **50**

# Supplemental Income and Loss

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040, Form 1041.

▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

1991

Attachment Sequence No. 13

Name(s) shown on return: TONY J HELMS

Your social security number: [redacted]

## Part I Income or Loss From Rentals and Royalties

Note: Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental property:

A R1 CAMINITO ARALIA SAN DIEGO, CA

B R2 CAMINITO SULMONA SAN DIEGO, CA

C R3 MONTONGO MGMT NET TO SCH C SAN DIEGO, CA

2 For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? (See instructions)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | X |
| C | | X |

| | Line | Properties A | Properties B | Properties C | Totals (Add columns A, B, & C) |
|---|---|---|---|---|---|
| **Rental and Royalty Income:** | | | | | |
| 3 Rents received | 3 | 9,000 | 1 | 1 | 3: 20,628 |
| 4 Royalties received | 4 | | | | 4: |
| **Rental and Royalty Expenses:** | | | | | |
| 5 Advertising | 5 | | | | |
| 6 Auto and travel | 6 | | | | |
| 7 Cleaning and maintenance | 7 | | | | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | 65 | | | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Mortgage interest paid to banks, etc. (see instr.) | 11 | 6,473 | 5,210 | | 11: 20,168 |
| 12 Other interest | 12 | 28 | | | |
| 13 Repairs | 13 | 55 | 211 | 2,387 | |
| 14 Supplies | 14 | | | | |
| 15 Taxes | 15 | 1,675 | 657 | 197 | |
| 16 Utilities | 16 | | 68 | 234 | |
| 17 Wages and salaries | 17 | | | | |
| 18 ▶ ASSOCIATION DUES | 18 | 1,920 | 1,380 | | |
| UMBRELLA | | 220 | | | |
| MIP | | 330 | | | |
| FEES ON STATEMENT | | 28 | | | |
| PMI | | | 236 | | |
| MISCELLANEOUS | | | | 50 | |
| TELEPHONE | | | | | |
| MAINTENANCE | | | | 1 | |
| MON MORTGAGE ADVANCES | | | | 6,225 | |
| MON ARREARS | | | | 7,510 | |
| NET TO RE-MGMT SCH C/SE | | | | -18,311 | |
| | | 10,794 | 7,762 | | 19: 35,222 |
| | | 1,357 | 1,083 | | 20: 4,281 |
| | | [illegible] | 8,845 | | |
| 22 Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | -3,151 | -8,844 | 1 | |
| 23 Deductible rental loss (see instructions) | 23 | (3,151) | (8,844) | (1) | |

24 **Income.** Add rental and royalty income from line 22. Enter the total income here ........ 24: 3

25 **Losses.** Add royalty losses from line 22 and rental losses from line 23. Enter the total losses here ........ 25: (18,881)

26 Total rental or royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV and line 39 on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in the total on line 40 on page 2 ........ 26: -18,878

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

**SCHEDULE E (Form 1040)** Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

(From rents, royalties, partnerships, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, Form 1041.
▶ See Instructions for Schedule E (Form 1040).

1991 Attachment Sequence No. 13

Name(s) shown on return: TONY J HELMS | Your social security number: [redacted]

## Part I Income or Loss From Rentals and Royalties

Note: Report farm rental income or loss from Form 4835 on page 2, line 39.

1 Show the kind and location of each rental property:
- A R4 SCRIPPS WESTVIEW SAN DIEGO, CA
- B R5 BERLIN MGMT EXP NET TO SCH C SAN DIEGO CA
- C R5 AVE NAVIDAD MGMT NET TO SCH C SAN DIEGO, CA

2 For each rental property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? (See instructions)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | X |
| C | | X |

| Rental and Royalty Income: | Line | A | B | C | Totals (Add columns A, B, & C) |
|---|---|---|---|---|---|
| 3 Rents received | 3 | 8,175 | 1 | 3,450 | 3 |
| 4 Royalties received | 4 | | | | 4 |
| **Rental and Royalty Expenses:** | | | | | |
| 5 Advertising | 5 | 466 | | | |
| 6 Auto and travel | 6 | | | | |
| 7 Cleaning and maintenance | 7 | | | | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | | | | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Mortgage interest paid to banks, etc. (see instr.) | 11 | 8,485 | | | 11 |
| 12 Other interest | 12 | | | | |
| 13 Repairs | 13 | 318 | 117 | 239 | |
| 14 Supplies | 14 | | | | |
| 15 Taxes | 15 | 1,657 | | 4,303 | |
| 16 Utilities | 16 | 45 | | | |
| 17 Wages and salaries | 17 | | | | |
| 18 ▶ ASSOCIATION DUES | 18 | 1,453 | | 1,602 | |
| LICENSES AND PERMITS | | 43 | | 53 | |
| DEPOSIT REFUND | | 750 | | | |
| DUMPSTER SERVICE | | | 258 | | |
| NET TO RE-MGMT SCH C/SE | | | -376 | -14,513 | |
| MORTGAGE COSTS | | | | 11,766 | |
| 19 Add lines 5 through 18 | 19 | 13,217 | -1 | 3,450 | 19 |
| 20 Depreciation expense or depletion (see instructions) | 20 | 1,841 | | | 20 |
| 21 Total expenses. Add lines 19 and 20 | 21 | 15,058 | -1 | 3,450 | |
| 22 Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | -6,883 | 2 | 0 | |
| 23 Deductible rental loss (see instructions) | 23 | ( 6,883) | ( 2) | ( ) | |

24 **Income.** Add rental and royalty income from line 22. Enter the total income here ........ 24

25 **Losses.** Add royalty losses from line 22 and rental losses from line 23. Enter the total losses here ........ 25 ( )

26 Total rental or royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV and line 39 on page 2 do not apply to you, enter the amount from line 26 on Form 1040, line 18. Otherwise, include the amount from line 26 in the total on line 40 on page 2 ........ 26 0

# Depreciation and Amortization

## (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No. 1545-0172

1991

Attachment Sequence No. 67

Identifying number [redacted]09

Business or activity to which this form relates

SCHEDULE C - TONY J HELMS

**Part I** **Election To Expense Certain Tangible Property (Section 179)**

(**Note:** If you have any "Listed Property," complete Part V.)

| Line | Amount |
|---|---|
| 1 | $10,000 |
| 2 | |
| 3 | |
| 4 | |
| 5 | 10,000 |

| 6 (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| 1991 FURNITURE | 3,137 | 3,137 |
| | | |
| | | |
| | | |
| | | |
| | | |

| Line | Amount |
|---|---|
| 7 | 0 |
| 8 | |
| 9 | |
| 10 | 0 |
| 11 | 0 |
| 12 | |

| (a) Classification of property | (b) Mo. and yr. placed in service | (c) Basis for depreciation (Business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **14** General Depreciation System (GDS) (see instructions): | | | | | | |
| a 3-year property | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **15** Alternative Depreciation System (ADS): | | | | | | |
| a Class life | | | | | | |
| b 12-year | | | | | | |
| c 40-year | | | | | | |

| | Line | Amount |
|---|---|---|
| **16** GDS and ADS deductions for assets placed in service in tax years beginning before 1991 (see instructions) | 16 | |
| **17** Property subject to section 168(f)(1) election (see instructions) | 17 | |
| **18** ACRS and other depreciation (see instructions) | 18 | |

**Part IV** **Summary**

| | Line | Amount |
|---|---|---|
| **19** Listed property – Enter amount from line 25 | 19 | |
| **20** Total – Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations – see instructions) | 20 | 646 |
| **21** For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) | 21 | |

H884 For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

Form 4562 (1991)

TONY J HELMS
[redacted])9

STATEMENT 1
LINE 22 - OTHER INCOME

| | | |
|---|---|---|
| ESCONDIDO VALLEY SENIORS | | 1,100 |
| | | --------- |
| | TOTAL | 1,100 |

SCHEDULE A (FORM 1040) - STATEMENTS
TONY J HELMS
[redacted]09



LINE 1 - MEDICAL EXPENSES

| | | |
|---|---|---|
| DOCTORS, DENTISTS, AND NURSES | | 580 |
| | | --- |
| | TOTAL | 580 |

LINE 13 - CONTRIBUTIONS BY CASH OR CHECK

| | | |
|---|---|---|
| ST BRIDGETS | | 60 |
| VARIOUS CHARITIES | | 120 |
| | | --- |
| | TOTAL | 180 |

LINE 15 - CONTRIBUTIONS OTHER THAN CASH

| | | |
|---|---|---|
| DISABLE AMERICAN VETS | | 350 |
| | | --- |
| | TOTAL | 350 |

TONY J HELMS

[redacted]09

STATEMENT 2

LINE 27a - OTHER EXPENSES

| | |
|---|---|
| 1099 SVCS COMBINED | 42,104 |
| ADTNL INT | 281 |
| BC OPM AND MSCL | 2,780 |
| BC PAYROLL ARREARS | 15,000 |
| BC PAYROLL TAX | 1,883 |
| BC TOOLS | 701 |
| COMP H | 40,395 |
| COMP S | 12,832 |
| DUES SUBSCR BOOKS | 5,082 |
| PARKING | 79 |
| POSTAGE | 10,690 |
| TOTAL | 131,827 |

TONY J HELMS
09

12/31/91
PAGE 1

# 1991 FEDERAL DEPRECIABLE BASIS SCHEDULE

| NO. | COST/ BASIS | BUS. PCT. | BUSINESS BASIS | SEC 179 | ITC BAS REDUCTN | BONUS DEPR. | DB DEPREC. | SALVAGE VALUE | DEPR. BASIS |
|---|---|---|---|---|---|---|---|---|---|
| **SCHEDULE C - TONY J HELMS** | | | | | | | | | |
| 1 | 274 | 100 | 274 | | | | | | 274 |
| 9 | 2,474 | 100 | 2,474 | | | | | | 2,474 |
| 10 | 3,137 | 100 | 3,137 | 3,137 | | | | | 0 |
| 11 | 958 | 100 | 958 | | | | | | 958 |
| | 6,843 | | 6,843 | 3,137 | 0 | 0 | 0 | 0 | 3,706 |
| **SCHEDULE E - R1 CAMINITO ARALIA** | | | | | | | | | |
| 2 | 40,723 | 100 | 40,723 | | | | | | 40,723 |
| 3 | 30,542 | 100 | 30,542 | | | | | | 30,542 |
| | 71,265 | | 71,265 | 0 | 0 | 0 | 0 | 0 | 71,265 |
| **SCHEDULE E - R2 CAMINITO SULMONA** | | | | | | | | | |
| 4 | 32,500 | 100 | 32,500 | | | | | | 32,500 |
| 5 | 32,500 | 100 | 32,500 | | | | | | 32,500 |
| | 65,000 | | 65,000 | 0 | 0 | 0 | 0 | 0 | 65,000 |
| **SCHEDULE E - R4 SCRIPPS WESTVIEW** | | | | | | | | | |
| 6 | 51,750 | 100 | 51,750 | | | | | | 51 750 |
| 7 | 323,250 | 100 | 323,250 | | | | | | 323 250 |
| 8 | 3,470 | 100 | 3,470 | | | | | | 3 470 |
| | 378,470 | | 378,470 | | 0 | 0 | 0 | 0 | 378 470 |

TONY J HELMS
[redacted]09

12/31/91
PAGE 1

1991 FEDERAL DEPRECIATION SCHEDULE

| NO. | DESCRIPTION | DATE ACQUIRED | DEPR. BASIS | PRIOR DEPREC. | METHOD | LIFE | RATE | DEPR. |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE C - TONY J HELMS** | | | | | | | | |
| 1 | DEPR COMP UPGD | 1/01/90 | 274 | 55 | S/L | 5 | | 55 |
| 9 | FURNITURE | 4/30/90 | 2,474 | 330 | S/L | 5 | | 495 |
| 10 | 1991 FURNITURE | 6/30/91 | 0 | | S/L | 5 | | 0 |
| 11 | 1991 CHAIR | 6/30/91 | 958 | | S/L | 5 | | 96 |
| | | | 3,706 | 385 | | | | 646 |
| **SCHEDULE E - R1 CAMINITO ARALIA** | | | | | | | | |
| 2 | R1 ARALIA IMPV | 1/01/89 | 40,723 | 2,714 | S/L | 30 | | 1,357 |
| 3 | R1 ARALIA LAND | 1/01/89 | 30,542 | | | | | 0 |
| | | | 71,265 | 2,714 | | | | 1,357 |
| **SCHEDULE E - R2 CAMINITO SULMONA** | | | | | | | | |
| 4 | R2 SULMONA IMP | 1/01/89 | 32,500 | 2,166 | S/L | 30 | | 1,083 |
| 5 | R2 SULMONA LAN | 1/01/89 | 32,500 | | | | | 0 |
| | | | 65,000 | 2,166 | | | | 1,083 |
| **SCHEDULE E - R4 SCRIPPS WESTVIEW** | | | | | | | | |
| 6 | R4 WESTVIEW IM | 1/01/89 | 51,750 | 3,450 | S/L | 30 | | 1,725 |
| 7 | R4 WESTVIEW LA | 1/01/89 | 323,250 | | | | | 0 |
| 8 | R4 WESTVIEW CO | 1/01/89 | 3,470 | 232 | S/L | 30 | | 116 |
| | | | 378,470 | 3,682 | | | | 1,841 |

TONY J HELMS
[redacted]09

12/31/92
PAGE 1

1992 FEDERAL DEPRECIATION SCHEDULE

| NO. | DESCRIPTION | DATE ACQUIRED | DEPR. BASIS | PRIOR DEPREC. | METHOD | LIFE | RATE | DEPR |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE C - TONY J HELMS** | | | | | | | | |
| 1 | DEPR COMP UPGD | 1/01/90 | 274 | 110 | S/L | 5 | | 55 |
| 9 | FURNITURE | 4/30/90 | 2,474 | 825 | S/L | 5 | | 495 |
| 10 | 1991 FURNITURE | 6/30/91 | 0 | | S/L | 5 | | 0 |
| 11 | 1991 CHAIR | 6/30/91 | 958 | 96 | S/L | 5 | | 192 |
| | | | 3,706 | 1,031 | | | | 742 |
| **SCHEDULE E - R1 CAMINITO ARALIA** | | | | | | | | |
| 2 | R1 ARALIA IMPV | 1/01/89 | 40,723 | 4,071 | S/L | 30 | | 1,357 |
| 3 | R1 ARALIA LAND | 1/01/89 | 30,542 | | | | | 0 |
| | | | 71,265 | 4,071 | | | | 1,357 |
| **SCHEDULE E - R2 CAMINITO SULMONA** | | | | | | | | |
| 4 | R2 SULMONA IMP | 1/01/89 | 32,500 | 3,249 | S/L | 30 | | 1,083 |
| 5 | R2 SULMONA LAN | 1/01/89 | 32,500 | | | | | 0 |
| | | | 65,000 | 3,249 | | | | 1,083 |
| **SCHEDULE E - R4 SCRIPPS WESTVIEW** | | | | | | | | |
| 6 | R4 WESTVIEW IM | 1/01/89 | 51,750 | 5,175 | S/L | 30 | | 1,725 |
| 7 | R4 WESTVIEW LA | 1/01/89 | 323,250 | | | | | 0 |
| 8 | R4 WESTVIEW CO | 1/01/89 | 3,470 | 348 | S/L | 30 | | 116 |
| | | | 378,470 | 5,523 | | | | 1,841 |