1   KAREN P. HEWITT
    United States Attorney
2
    TOM STAHL, California State Bar No. 78291
3   Assistant United States Attorney
    Chief, Civil Division
4
    LAUREN M. CASTALDI
5   JUSTIN S. KIM
    Trial Attorneys, Tax Division
6   U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
7   Washington, D.C.  20044-0683
    Telephone:     (202) 514-9668
8   Facsimile:     (202) 307-0054
    E-mail:        lauren.m.castaldi@usdoj.gov
9   E-mail:        justin.s.kim@usdoj.gov

10  Attorneys for the United States of America

11
                    IN THE UNITED STATES DISTRICT COURT
12
                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14  UNITED STATES OF AMERICA                Civil No. 1:08-CV-0151-JLS-NLS

15                  Plaintiff,              **JOINT DISCOVERY PLAN**

16          v.                              **Hearing Date: June 13, 2008**
                                            **Time: 10:00 a.m.**
17  TONY J. HELMS

18                  Defendant.

19

20
        Plaintiff, the United States of America, and defendant, Tony Helms, by and through their
21
    respective undersigned counsel, file this Joint Discovery Plan and respectfully show as follows:
22
            1.      Pursuant to Fed. R. Civ. P. 26(f), the parties held a telephonic meeting on May 23, 2008
23
    which was attended by Lauren M. Castaldi, United States Department of Justice, Tax Division, for
24
    plaintiff; and Daniel Winfree, for defendant Tony Helms.
25
            2.      Pre-Discovery Disclosures.  The parties will exchange the information required by Fed. R.
26
    Civ. P. 26(a)(1) by May 30, 2008.
27

28                                                                                         3307418.1

3.      Discovery Plan.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subject: (1) Mr. Helms' federal income tax liabilities for the tax years 1989 - 1993.

Disclosure or discovery of electronically stored information should be handled as follows:  Either printed or produced on hard-copy paper or produced electronically in a read-only format.

The parties have not agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, but all agree to be bound by Fed. R. Civ. P. 26(a)(5)(B).

All discovery commenced in time to be completed by January 23, 2009.

Maximum of 25 interrogatories by each party to any other party.  Responses due 30 days after service.

Maximum of 10 depositions by each party to any other party.  Nothing prevents a party from seeking leave of court to take additional depositions should any party learn of additional witnesses through discovery.

Each deposition is limited to a maximum of 7 testimonial hours, exclusive of breaks, unless extended by agreement of the parties.

Although the parties do not anticipate the need for expert testimony in this case, the following deadlines are agreed to in the unlikely event that expert testimony should become necessary.  Reports from retained experts under Rule 26(a)(2) due from the parties by November 21, 2008.

4.      Other Items.

The parties should be allowed until June 27, 2008, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by February 27, 2009.

Settlement cannot be fully evaluated until after the completion of discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due on April 27, 2009.

Objections to the final lists of witnesses and exhibits under Rule 26(a)(3) should be due on May 11, 2009.

Joint Discovery Plan                          - 2 -                          3307418.1

1    This case should be ready for trial by July 10, 2009, and at this time is expected to take

2  approximately 1 day.

3  DATED this 27th day of May, 2008.

4                                              KAREN P. HEWITT
                                               United States Attorney
5
                                               TOM STAHL
6                                              Assistant United States Attorney

7
                                                /s/ Lauren Castaldi
8                                              JUSTIM KIM
                                               LAUREN CASTALDI
9                                              Trial Attorneys, Tax Division
                                               U.S. Department of Justice
10                                             Post Office Box 683
                                               Ben Franklin Station
11                                             Washington, D.C.  20044

12                                             Attorneys for Plaintiff United States

13
   DATED this 27th day of May, 2008.
14                                     By:      /s/ Daniel Winfree
                                               DANIEL WINFREE
15                                             1010 2nd Ave # 1015
                                               San Diego, CA 92101
16
                                               Attorney for Defendant Tony Helms
17

18

19

20

21

22

23

24

25

26

27

28  Joint Discovery Plan                    - 3 -                        3307418.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2008, I mailed by U.S. Postal Service the

foregoing JOINT DISCOVERY PLAN to the following:

Daniel J. Winfree
1010 Second Avenue, Suite 1015
San Diego, CA 92101-4904

      /s/ Lauren Castaldi
      LAUREN M. CASTALDI
      Trial Attorney, Tax Division
      U.S. Department of Justice