Daniel J. Winfree, Esq. (SBN 98890)
1010 Second Avenue, Suite 1015
San Diego, CA 92101
Telephone: (619) 235-6060
Facsimile: (619) 234-8620

Attorney for Defendant TONY J. HELMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>TONY J. HELMS,<br><br>Defendant. | CASE NO. 08 CV 0151 JLS(NLS)<br><br>**DEFENDANTS'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

Defendant provides the following initial disclosures:

**I. FED. R. CIV. P. 26(a)(1)(A) – PERSONS WITH DISCOVERAVLE INFORMATION**

RESPONSE:

The following is a list of the names of each individual likely to have discoverable Information relevant to disputed facts alleged in the pleadings, identifying the subjects of information. Defendant's investigation continues, and this list will likely expand.

| Individual | Subjects of Information |
|---|---|
| Plaintiff, United States of America | Allegations in the Complaint to information utilized to make assessments |
| Tony Helms | (i) Specific data to percipient information relative to operations of business' and transactions in each of the years; <br><br> (ii) Information relative to interchange of data between taxpayer and service center relative to purposed assessments. |
| Lisa Eldred | (i) Percipients of operations of business was bookkeeper and cash flow and profitability analyst for tax payer during some of the periods in question. |
| Julie Haisha | (i) Percipients of operations of business was bookkeeper and cash flow and profitability analyst for tax payer during some of the periods in question; <br><br> (ii) Was office manager and has understanding of the results of all operations being out of business. |
| Judy Davis Kinoshita | (i) Bookkeeper and office manager during periods of time in issue. |
| Terry Davis | (i) Bookkeeper and eventual purchaser of portions of business operations. |

| | |
|---|---|
| Steve Dicken | (i) Confidante and business associates during some of the period in question. |
| Heidi Snoe | (i) Lender of monies to enable operations and cash flow. |
| Eugene Dinkins | (i) Lender of $ 100,000.00 during period in question. |
| Al Maun | (i) Lender for operations during period in question. |
| Defendant's Former Employees | (i) Involved with interacting with clients and various business activity;<br>(ii) Knowledge about profitability. |

II. **FED. R. CIV. P. 26(a)(1)(B) – DISCOVERABLE DOCUMENTS/TANGIBLE THINGS**

RESPONSE:

Defendant has attached copies of each of the tax returns associated with the years before this court to the answer of the complaint. Each and every figure and or item associated with entries on those returns is documented. Those documents are available on a per need basis for substantiating the true assessments for the individual years.

III. **FED. R. CIV. P. 26(a)(1)(C) – COMPUTATION OF DAMAGES SOUGHT**

RESPONSE:

Not applicable.

IV.  **INSURANCE**

Not applicable

DATE: 5/28/08

LAW OFFICES OF DANIEL J. WINFREE

_____
DANIEL J. WINFREE
Attorney for Defendant

DANIEL J. WINFREE, SBN: 98890  
1010 Second Avenue, Suite 1010  
San Diego, CA 92101  
Telephone (619) 235-6060  
Facsimile (619) 234-8620

Case No.: 08 CV 0151 JLS(NLS)

## PROOF OF SERVICE

I AM A CITIZEN OF THE United States. My business address for this proof of service is 1010 Second Avenue, Suite 1015, San Diego, California 92101. I work in the county of San Diego where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with the normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the forgoing document(s) described as:

### DEFENDANT'S INITIAL DISCLOSURE

(BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or stated on the attached service list, on this date before 5:00 p.m.

[x] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

(BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY FEDEX-NEXT DAY DELIVERY) requested at San Diego, California addressed to

Lauren M. Castaldi  
U.S. Department of Justice  
P.O. Box 683  
Ben Franklin Station  
Washington, D.C. 20044-0683

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 29, 2008 in San Diego, California.

/s/ Daniel J. Winfree  
Daniel J. Winfree